UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

__EMMANUEL W GACHAU__

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

__RLS COLD STORAGE__

__CHOPTANK TRANSPORT__

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**RECEIVED**
AUG 31 2017
AT 8:30 _____ M
WILLIAM T. WALSH CLERK

**COMPLAINT**

Jury Trial: ☑ Yes  ☐ No

(check one)

I. **Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name            __EMMANUEL W GACHAU__
           Street Address  __1691 GRANDEFLORA AVE__
           County, City    __LAKE County CLERMONT__
           State & Zip Code __FL 34711__
           Telephone Number __(407) 301-0702__

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name  **RLS COLD STORAGE**
Street Address  **2179 Main Rd**
County, City  **Newfield**
State & Zip Code  **NJ 08344**

Defendant No. 2
Name  **CHOPTANK TRANSPORT**
Street Address  **3601 Choptank Rd**
County, City  **Preston**
State & Zip Code  **MD 21655**

Defendant No. 3
Name  _____
Street Address  _____
County, City  _____
State & Zip Code  _____

Defendant No. 4
Name  _____
Street Address  _____
County, City  _____
State & Zip Code  _____

## II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
[✓] Federal Questions      [ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **Federal Trade Commission Act LAW: 15 U.S.C §§ 41-58. This act prevent unfair methods of competion and unfair or deceptive acts or practices in or affecting commerce.**

- 2 -

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? __NEWFIELD NJ at the RLS Cold Storage__

B.  What date and approximate time did the events giving rise to your claim(s) occur? __9/21/2015 9 AM to 12 PM__

C.  Facts: __See attached Please__

[Margin labels: What happened to you? | Who did what? | Was anyone else involved? | Who else saw what happened?]

- 3 -

**IV.     Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I ask the court to hear my case and look at the evidence that I have presented. I would like the court to ask the federal trade commission to investigate this two companies RLS Cold Storage and Choptank, to see how many claims have been filed wrongly in this facility I have been an owner operator driving since 2004 this deceptive act has paralysis me, I am now as of 7/28/17 driving for a company in Jacksonville FL. I had a good income and have lost it all, financial problem has challenged my marriage. I kindly ask the court to award me Two Point Five million Dollar $2,500,000.00 as monetary compensation. A deceptive act like this by big corporate will drive down our economy.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __29__ day of __August_____, 20__17__.

Signature of Plaintiff _____
Mailing Address __1691 GRANDEFLORA AVE__
__CLERMONT FL 34711__

Telephone Number __(407) 301-0702__
Fax Number *(if you have one)* __(352) 394-8767__
E-mail Address __psalmstrans@aol.com__

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____