## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

EMMANUEL GACHAU

*PLAINTIFF(S),*

V.

RLS COLD STORAGE and

CHOPTANK TRANSPORT

*DEFENDANT(S).*

The Honorable Noel L. Hillman

Civil Action No. 1:17-cv-06595-NLH-JS

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the undersigned will apply to the above

named Court on December 4, 2017 at 10:00 a.m. or such other time as the Court

directs located at the Mitchell H. Cohen Federal Building and U.S. Courthouse, 4th

and Cooper Streets, Camden, New Jersey 08101 for an Order granting Defendant,

RLS Cold Storage's Notice of Motion to Dismiss.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, movant will rely upon the enclosed Attorney Certification and proposed form of Order.

**PARKER McCAY P.A.**
Attorneys for Defendant,
RLS COLD STORAGE, LLC

BY:  *s/Harris Feldman (090002000)*
       Harris Neal Feldman, Esquire
       9000 Midlantic Drive, Suite 300
       P.O. Box 5054
       Mount Laurel, New Jersey 08054
       Office: (856) 596-8900
       Fax:   (856) 596-9631
       Hfeldman@parkermccay.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

EMMANUEL GACHAU

*PLAINTIFF(S),*

V.

RLS COLD STORAGE and

CHOPTANK TRANSPORT

*DEFENDANT(S).*

The Honorable Noel L. Hillman

Civil Action No. 1:17-cv-06595-NLH-JS

**Return Date: December 4, 2017**

**DEFENDANT RLS' MOTION TO DISMISS FILED PURSUANT TO F.R.C.P. 12(b)(1) and 12(b)(6) BASED UPON PLAINTIFF'S FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND A LACK OF SUBJECT MATTER JURISDICTION**

**Law Offices**
**PARKER McCAY P.A.**
**Harris N. Feldman, Esquire**
**ID No. 090002000**
**Kathryn A. Somerset, Esquire**
**ID No. 174522015**
**9000 Midlantic Drive, Suite 300**
**P.O. Box 5054**
**Mount Laurel, New Jersey 08054**
**(856) 596-8900**
Attorneys for Defendant RLS Cold Storage

| | |
|---|---|
| EMMANUEL GACHAU<br><br>*PLAINTIFF(S),*<br><br>V.<br><br>RLS COLD STORAGE and<br><br>CHOPTANK TRANSPORT<br><br>*DEFENDANT(S).* | **THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CIVIL ACTION NO. 1:17-cv-06595-NLH-JS |

## TABLE OF CONTENTS

TABLE OF AUTHORITIES.................................................................................iii

ATTORNEY CERTIFICATION IN SUPPORT OF
DEFENDANT RLS' MOTION TO DISMISS FILED
PURSUANT TO F.R.C.P. 12(b)(1) and 12(b)(6) FOR FAILURE
TO STATE A CLAIM UPON WHICH RELIEF CAN BE
GRANTED AND A LACK OF SUBJECT MATTER
JURISDICTION ....................................................................................... v

CERTIFICATION OF SERVICE ....................................................................... vii

STATEMENT OF UNDISPUTED MATERIAL FACTS ................................... ix

BRIEF IN SUPPORT OF DEFENDANT RLS' MOTION TO
DISMISS PURSUANT TO F.R.C.P. 12(b)(1) and 12(b)(6) FOR
FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN
BE GRANTED AND A LACK OF SUBJECT MATTER
JURISDICTION ................................................................................... 1

  Plaintiff's Complaint fails to state a claim upon which relief can
  be granted, and therefore the Complaint must be dismissed
  pursuant to Federal Rule of Civil Procedure 12(b)(6)...................... 2

    The Federal Trade Commission Act, set forth at 15 U.S.C. §§
    41, *et seq.*, does not recognize a private cause of action. ................ 3

    Plaintiff has no contract or privity of contract with Defendant
    RLS. .................................................................................................. 5

  The Court lacks subject matter jurisdiction over Plaintiff's
  claims, and therefore Plaintiff's Complaint must be dismissed
  with prejudice. ...................................................................................... 7

    Plaintiff, as an individual, lacks standing to sue for damages
    on behalf of Psalms Transportation, LLC.......................................... 7

    There is no federal question at issue in this case and the
    matter in controversy does not meet the minimum threshold
    required for finding diversity jurisdiction, and therefore the
    Court lacks subject matter jurisdiction over Plaintiff's
    Complaint............................................................................................ 9

  Conclusion ........................................................................................... 10

  ORDER.................................................................................................... 1

ii

**Law Offices**
**PARKER McCAY P.A.**
**Harris N. Feldman, Esquire**
**ID No. 090002000**
**Kathryn A. Somerset, Esquire**
**ID No. 174522015**
**9000 Midlantic Drive, Suite 300**
**P.O. Box 5054**
**Mount Laurel, New Jersey 08054**
**(856) 596-8900**
Attorneys for Defendant RLS Cold Storage

| | |
|---|---|
| EMMANUEL GACHAU<br><br>*PLAINTIFF(S),*<br><br>V.<br><br>RLS COLD STORAGE and<br><br>CHOPTANK TRANSPORT<br><br>*DEFENDANT(S).* | **THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CIVIL ACTION NO. 1:17-cv-06595-NLH-JS |

## TABLE OF AUTHORITIES

**Cases**

Allen v. Wright, 486 U.S. 737, 750 (1984)............................................................. 7

Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009)......................................................... 2, 3

Baker v. Carr, 369 U.S. 186, 204 (1962) ................................................................. 8

D.G. v. Somerset Hills School Dist., 559 F. Supp. 2d 484, 491(N.J. Dist. 2008).... 9

iii

EnviroFinance Group, LLC v. Environmental Barrier Co., LLC, 440 N.J. Super.
325, 345 (App. Div. 2015) ................................................................. 5

Flight Sys. Inc. v. Elec. Data Sys., 112 F.3d 124, 127 (3d. Cir. 1997) ................... 3

Fowler v. UPMC Shadyside, 578 F.3d 203, 210 (3d. Cir. 2009) .......................... 2, 3

Freedman v. Meldy's, Inc. and Richard Meldofsky, 587 F. Supp. 658 (E.D. Pa.
Feb. 28, 1984) ..................................................................................... 4

Holloway v. Bristol-Myers Corp., 485 F.2d 986 (D.C. Cir. 1973) ........................... 4

Kaiser v. Dialist Comp. of Texas, 603 F. Supp. 110 (E.D. Pa. Dec. 19, 1984) ........ 4

Kessler Institute for Rehabilitation, Inc. v. Mayor and Council of Borough of Essex
Fells, 876 F. Supp. 641, 653 (N.J. Dist. 1995) ........................................ 8

Lujan v. Defenders of Wildlife, 504 U.S. 555, 560-61 (1992) ................................ 8

Murphy v. Implicito, 329 N.J. Super. 245, 265 (App. Div. 2007) ........................... 5

Sierra Club v. Morton, 405 U.S. 727, 734-35 (1972) ........................................... 8

Skypala v. Mortgage Electronic Registration Systems, Inc., et al., 655 F. Supp. 2d.
451 (D.N.J. 2009) ................................................................................. 4

Warth v. Seldin, 95 U.S. 490, 498 (1975) ........................................................... 7

**Statutes**

15 U.S.C. §§ 41, et seq. ........................................................................... 3, 8, 12

28 U.S.C. § 1331 ..................................................................................... 16

28 U.S.C. § 1332 ..................................................................................... 16, 18

**Rules**

F.R.C.P. 12(b) .............................................................. 1, 2, 3, 6, 10, 11

F.R.C.P. 12(b)(1) ......................................................................... 11, 17

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EMMANUEL GACHAU<br><br>*PLAINTIFF(S),*<br><br>V.<br><br>RLS COLD STORAGE and<br><br>CHOPTANK TRANSPORT<br><br>*DEFENDANT(S).* | Civil Action No. 1:17-cv-06595-NLH-JS<br><br>**ATTORNEY CERTIFICATION IN SUPPORT OF DEFENDANT RLS' MOTION TO DISMISS FILED PURSUANT TO F.R.C.P. 12(b)(1) and 12(b)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND A LACK OF SUBJECT MATTER JURISDICTION** |

I, **KATHRYN A. SOMERSET, ESQUIRE**, of full age, hereby certify as follows:

1.      I am an Associate with the law firm of Parker McCay, P.A., attorneys for Defendant, RLS Cold Storage (hereafter "RLS"), in the above-captioned matter. I have been asked to assist in the defense in this action. As such, I am fully familiar with the facts contained herein and am authorized to make this Certification.

2.      Presently, Defendant RLS respectfully submits this Certification, Legal Brief, and proposed form of Order in support of its motion to dismiss Plaintiff's Complaint, including any claims, counterclaims and cross-claims, with prejudice, for failure to state a claim upon which relief may be granted

and for lack of subject matter jurisdiction.

3.      Enclosed herein at <u>Exhibit "A"</u> is a true and correct copy of Plaintiff's

Complaint, which was filed in the United States District Court for the

District of New Jersey on August 31, 2017.

I hereby certify that the foregoing statements made by me are true.  I am

aware that if any of the foregoing statements made by me are willfully false, I am

subject to punishment.

<div style="margin-left: 40%;">

By:   <u>/s/ Harris Neal Feldman (090002000)</u>
        HARRIS NEAL FELDMAN, ESQ.
        KATHRYN A. SOMERSET, ESQ.

**Law Offices**
**PARKER McCAY P.A.**
**9000 Midlantic Drive, Suite 300**
**P.O. Box 5054**
**Mount Laurel, New Jersey 08054**
**(856) 596-8900**
*Attorneys for Defendant,*
RLS Cold Storage

</div>

Dated:  October 30, 2017

**Law Offices**
**PARKER McCAY P.A.**
**Harris N. Feldman, Esquire**
**ID No. 090002000**
**Kathryn A. Somerset, Esquire**
**ID No. 174522015**
**9000 Midlantic Drive, Suite 300**
**P.O. Box 5054**
**Mount Laurel, New Jersey 08054**
**(856) 596-8900**
Attorneys for Defendant RLS Cold Storage

| | |
|---|---|
| EMMANUEL GACHAU<br><br>*PLAINTIFF(S),*<br><br>V.<br><br>RLS COLD STORAGE and<br><br>CHOPTANK TRANSPORT<br><br>*DEFENDANT(S).* | **THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CIVIL ACTION NO. 1:17-cv-06595-NLH-JS |

<u>**CERTIFICATION OF SERVICE**</u>

I hereby certify that I caused the within Notice of Motion to be served upon the counsel identified below *via* the Electronic Case Filing (ECF) System of the United States District Court for the District of New Jersey and/or First Class U.S. Mail, postage prepaid, on October 30, 2017:

By: _____
FRANK ANGELONE

**Law Offices**
**PARKER McCAY P.A.**
**9000 Midlantic Drive, Suite 300**
**P.O. Box 5054**
**Mount Laurel, New Jersey 08054**
**(856) 596-8900**
*Attorneys for Defendant,*
RLS COLD STORAGE

Dated:  October 30, 2017

**Law Offices**
**PARKER McCAY P.A.**
**Harris N. Feldman, Esquire**
**ID No. 090002000**
**Kathryn A. Somerset, Esquire**
**ID No. 174522015**
**9000 Midlantic Drive, Suite 300**
**P.O. Box 5054**
**Mount Laurel, New Jersey 08054**
**(856) 596-8900**
Attorneys for Defendant RLS Cold Storage

| | |
|---|---|
| EMMANUEL GACHAU<br><br>*PLAINTIFF(S),*<br><br>V.<br><br>RLS COLD STORAGE and<br><br>CHOPTANK TRANSPORT<br><br>*DEFENDANT(S).* | **THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CIVIL ACTION NO. 1:17-cv-06595-NLH-JS |

## STATEMENT OF UNDISPUTED MATERIAL FACTS

1.      Plaintiff, Emmanuel Gachau, on August 31, 2017, filed his Complaint

in the above-captioned matter asserting a violation of the Federal Trade

Commission Act, set forth at 15 U.S.C. §§ 41, *et seq.*, as against Defendant,

RLS Cold Storage (hereafter "RLS"), and Co-defendant, Choptank

ix

Transportation, Inc. (hereafter "Choptank").  <u>See Plaintiff's Complaint attached at Exhibit "A."</u>

2.        According to Plaintiff's allegations, Psalms Transportation, LLC was contracted with Choptank on September 18, 2015 to transport a haul of frozen strawberries from Laredo, Texas to Newfield, New Jersey.  <u>See Plaintiff's Complaint attached at Exhibit "A" page 1.</u>

3.        Upon arrival to Defendant RLS' warehouse on September 21, 2015, Plaintiff produced a bill of lading to Defendant RLS for his haul.  <u>See Plaintiff's Complaint attached at Exhibit "A" page 1.</u>

4.        After an evaluation of the strawberries was conducted, Defendant RLS rejected the haul and returned the proffered bill of lading to Plaintiff, due to quality concerns with the product.  <u>See Plaintiff's Complaint attached at Exhibit "A" page 1.</u>

5.        At no time did Defendant RLS accept or agree to accept Plaintiff's haul of frozen strawberries or bill of lading.  <u>See Plaintiff's Complaint attached at Exhibit "A" pages 1-4.</u>

x

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EMMANUEL GACHAU<br><br>*PLAINTIFF(S),*<br><br>V.<br><br>RLS COLD STORAGE and<br><br>CHOPTANK TRANSPORT<br><br>*DEFENDANT(S).* | CIVIL ACTION NO. 1:17-cv-06595-NLH-JS<br><br>**BRIEF IN SUPPORT OF DEFENDANT RLS' MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(1) and 12(b)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND A LACK OF SUBJECT MATTER JURISDICTION** |

Because *pro se* Plaintiff Emmanuel Gachau ("Plaintiff") mistakenly believes: (1) he can maintain a cause of action under the Federal Trade Commission Act, which does not provide for a private right of action; (2) as an individual, he has any standing or privity to maintain such an action when it is undisputed that the entity in which he is a principal, Psalms Transportation, LLC, actually contracted with co-Defendant ChopTank Transport to haul frozen strawberries from Texas to New Jersey, providing the limited allegations of fact in this futile lawsuit; and (3) he could even meet the federal or diversity requirements of subject matter jurisdiction, Defendant RLS Cold Storage is entitled to have Plaintiff's Complaint dismissed with prejudice as a matter of law.

Pursuant to Federal Rule of Civil Procedure 12(b), "[e]very defense to a claim for relief in any pleading must be asserted in the responsive pleading if one is required . . . [b]ut a party may assert the following defenses by motion: (1) lack of subject-matter jurisdiction; (2) lack of personal jurisdiction; (3) improper venue; (4) insufficient process; (5) insufficient service of process; (6) failure to state a claim upon which relief can be granted; and (7) failure to join a party under Rule 19." F.R.C.P. 12(b)(1)-(6).   Importantly, "[a] motion asserting any of these defenses must be made before pleading if a responsive pleading is allowed." F.R.C.P. 12(b).   As such, Defendant, RLS Cold Storage ("RLS"), respectfully submits this motion in support of its requested relief to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) prior to the filing of its Answer based upon the reasons set forth infra.

## I.    Plaintiff's Complaint fails to state a claim upon which relief can be granted, and therefore the Complaint must be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

When presented with a motion to dismiss for failure to state a claim upon which relief can be granted, courts have held that a two-part analysis must be conducted to determine its proper disposition. Fowler v. UPMC Shadyside, 578 F.3d 203, 210 (3d. Cir. 2009) (citing Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009)). First, factual contents must be parsed from the legal elements of a claim; and, second, the Court, "must determine whether the facts alleged in the complaint are

2

sufficient to show that the plaintiff has a 'plausible claim for relief.'" Id. at 211 (citing Iqbal, supra, 556 U.S. at 678-79).  Thus, it is inadequate for a plaintiff to merely claim entitlement to relief in its complaint; rather, the plaintiff must establish a factual foundation for the requested relief by pleading sufficient supportive facts at the outset of litigation.  Id.  Significantly, while a Court will usually assume the veracity of well-pled factual allegations, mere conclusions and bald assertions are, "not entitled to the assumption of truth."  Id.  Thus, "only a complaint that states a plausible claim for relief survives a motion to dismiss," and dismissal is appropriate where a claim lacks a required element, or where an "insuperable barrier" exists to preclude relief.  Iqbal, supra, 556 U.S. at 679 (emphasis added); see also Flight Sys. Inc. v. Elec. Data Sys., 112 F.3d 124, 127 (3d. Cir. 1997).

### a. The Federal Trade Commission Act, set forth at 15 U.S.C. §§ 41, *et seq.*, does not recognize a private cause of action.

Plaintiff has alleged a violation of the Federal Trade Commission Act ("FTCA"), set forth at 15 U.S.C. §§ 41, *et seq.*, as his basis for relief.  See Plaintiff's Complaint attached hereto at Exhibit "A" and Exhibit "C" to co-Defendant's Motion to Dismiss.  According to his Complaint, Plaintiff contends that Defendant RLS engaged in "unfair methods or deceptive acts or practices affecting commence" prohibited by the FTCA, by allegedly delaying evaluation of

3

his haul of frozen strawberries for approximately 90 minutes; allegedly falsely rejecting his haul for poor quality when he claims it was adequate; allegedly falsely advertising the facility as temperature controlled despite the loading dock allegedly being unrefrigerated; and allegedly refusing to permit him to enter the premises to inspect same. Plaintiff is therefore seeking $2,500,000.00 in compensatory damages for these alleged violations of the FTCA.

The U.S. District Court for the District of New Jersey and other federal courts have long and unequivocally held that there is no private cause of action implied within contents of the FTCA. See Holloway v. Bristol-Myers Corp., 485 F.2d 986 (D.C. Cir. 1973) (establishing the seminal case denying a private cause of action under the FTCA); Skypala v. Mortgage Electronic Registration Systems, Inc., et al., 655 F. Supp. 2d. 451 (D.N.J. 2009); see also Freedman v. Meldy's, Inc. and Richard Meldofsky, 587 F. Supp. 658 (E.D. Pa. Feb. 28, 1984) (citing to Holloway); Kaiser v. Dialist Comp. of Texas, 603 F. Supp. 110 (E.D. Pa. Dec. 19, 1984). Indeed, courts have made clear that the remedies contained within the FTCA belong to the Federal Trade Commission ("FTC") alone; and the FTC is tasked with investigating, enforcing, and prosecuting unfair methods of competition in commerce. Therefore, Plaintiff cannot maintain a private cause of action against Defendant RLS under the FTCA.

4

As the FTCA does not recognize a private cause of action, the Plaintiff has not pled—and cannot plead—sufficient factual contents that would allow the Court to draw the reasonable inference that Defendant RLS is liable for damages to Plaintiff pursuant to the FTCA. Consequently, Plaintiff's Complaint must be dismissed in accordance with Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

### b. Plaintiff has no contract or privity of contract with Defendant RLS.

Although Plaintiff has not specifically pled a cause of action for breach of contract in his Complaint, even if the Court were to extrapolate such a cause of action from Plaintiff's pleadings, no such claim could be maintained against Defendant RLS. Quite plainly, Plaintiff's dispute is with Co-defendant alone, and it is undisputed that Defendant RLS has not executed any contract at issue with Plaintiff or Co-defendant.

In New Jersey, "[t]o prevail on a breach of contract claim, a party must prove a valid contract between the parties, the opposing party's failure to perform a defined obligation under the contract, and the breach caused the claimant to [sic] sustain damages." EnviroFinance Group, LLC v. Environmental Barrier Co., LLC, 440 N.J. Super. 325, 345 (App. Div. 2015) (citing Murphy v. Implicito, 329 N.J. Super. 245, 265 (App. Div. 2007)). The doctrine of privity of contract also

5

provides that a contract will not confer rights to one party to the contract by means of imposing obligations upon any non-party to that contract.

As pertinent factual background to this motion, FreezePak initially contracted to sell a haul of its frozen strawberries to Healthy Pack, LLC. FreezePak then executed a separate contract with Choptank to deliver the strawberries to Healthy Pack, LLC and complete the sale. Choptank subsequently contracted with Psalms Transportation, LLC to transport the strawberries from Laredo, Texas to Newfield, New Jersey. This is the contract now at issue in the underlying action, to which Defendant RLS was not a party.

Indisputably, Defendant RLS never executed a contract with Plaintiff; FreezePak; Choptank; or Psalms Transportation, LLC related to this sale. Thus, because the Complaint makes clear that Defendant RLS had no preexisting contract with Plaintiff, there cannot be any direct or third-party beneficiary claims for breach of contract against Defendant RLS.

As Plaintiff had no contract or privity of contract with Defendant RLS, Plaintiff has not pled—and cannot plead—sufficient factual contents that would allow the Court to draw the reasonable inference that Defendant RLS is liable for damages to Plaintiff for a breach of contract. Consequently, Plaintiff's Complaint must be dismissed in accordance with Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

## II.    The Court lacks subject matter jurisdiction over Plaintiff's claims, and therefore Plaintiff's Complaint must be dismissed with prejudice.

Because federal courts are courts of limited jurisdiction, subject matter jurisdiction must be established by a plaintiff at the outset of any action brought in the federal court system.   There are two principal avenues by which an individual plaintiff may achieve federal subject matter jurisdiction in a private cause of action: (1) federal question jurisdiction, as set forth at 28 U.S.C. § 1331; and (2) diversity jurisdiction, as set forth at 28 U.S.C. § 1332.   Plaintiff has not met either of these standards.

### a.  Plaintiff, as an individual, lacks standing to sue for damages on behalf of Psalms Transportation, LLC.

As a threshold matter to any viable action, "a litigant [must have] 'standing' to invoke the power of a federal court."   Allen v. Wright, 486 U.S. 737, 750 (1984).   Courts have held that, "the question of standing is whether the litigant is entitled to have the court decide the merits of the dispute or of particular issues." Warth v. Seldin, 95 U.S. 490, 498 (1975).   In essence, the plaintiff must establish that he has, "'alleged such a personal stake in the outcome of the controversy' as to warrant his invocation of federal-court jurisdiction and to justify exercise of the court's remedial powers on his behalf."   Id. at 498-99 (citing Baker v. Carr, 369

7

U.S. 186, 204 (1962)).   As such, Courts have concluded that the "irreducible

constitutional minimum of standing contains three elements":

> [T]he plaintiff must have suffered an 'injury in fact'—an
> invasion of a legally protected interest, which is (a)
> concrete and particularized, and (b) 'actual or imminent,
> not conjectural' or 'hypothetical'. . . [that there is] a
> causal connection between the injury and the conduct
> complained of—the injury has to be 'fairly . . .
> trace[able] to the challenged action of the defendant and
> not . . . th[e] result [of] the independent action of some
> third party not before the court . . . [and] it must be
> 'likely,' as opposed to merely speculative,' that the injury
> will be 'redressed by a favorable decision.'
>
> Lujan v. Defenders of Wildlife, 504 U.S. 555, 560-61
> (1992) (internal citations omitted).

In applying these elements, Courts will find an 'injury in fact' only where the

"'party seeking review be himself among the injured.'"  Id. at 563 (quoting Sierra

Club v. Morton, 405 U.S. 727, 734-35 (1972)).   Importantly, where a plaintiff is

unable to establish standing, its Complaint may be dismissed for lack of subject

matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).  F.R.C.P.

12(b)(1); Kessler Institute for Rehabilitation, Inc. v. Mayor and Council of

Borough of Essex Fells, 876 F. Supp. 641, 653 (N.J. Dist. 1995).

Notwithstanding the substantive defects in Plaintiff's Complaint, Plaintiff

also lacks standing as an individual to assert any claims for damages related to the

underlying transaction.   Plaintiff, as an individual, was not a party to the contract

between Psalms Transportation, LLC and Choptank. Any claim for damages based upon the underlying allegations would belong to Psalms Transportation, LLC, and not to Plaintiff. Because Plaintiff cannot establish the three required elements for standing, his Complaint must be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction.

> **b. There is no federal question at issue in this case and the matter in controversy does not meet the minimum threshold required for finding diversity jurisdiction, and therefore the Court lacks subject matter jurisdiction over Plaintiff's Complaint.**

Where a defendant moves to dismiss a plaintiff's complaint for lack of subject matter jurisdiction, "the defendant may facially challenge subject matter jurisdiction by arguing that the complaint, on its face, does not alleges sufficient grounds to establish subject matter jurisdiction . . . [or] a defendant can also attack subject matter jurisdiction by factually challenging the jurisdictional allegations set forth in the complaint." D.G. v. Somerset Hills School Dist., 559 F. Supp. 2d 484, 491(N.J. Dist. 2008).

Here, Plaintiff's Complaint, on its face, does not allege sufficient grounds to establish federal subject matter jurisdiction. As previously articulated herein, the FTCA does not create a private cause of action, and therefore cannot form the basis for federal question jurisdiction. Similarly, any inferred claim for breach of contract that would arise under state and/or common law (which would nonetheless

9

be futile) would not invoke the powers of the federal courts. Furthermore, even if the Court were to construe Plaintiff's cause of action to include a breach of contract claim, the matter in controversy would amount to $3,000.00, which was the value paid for the contract. <u>See Plaintiff's Complaint attached hereto at Exhibit "A" and Exhibit "C" to co-Defendant's Motion to Dismiss</u>. Hence, Plaintiff's Complaint cannot vault the $75,000.00 threshold required by 28 <u>U.S.C.</u> § 1332 establishing diversity jurisdiction.

## III.   Conclusion

For all of the foregoing reasons, Defendant RLS Cold Storage respectfully requests that the Court dismiss the Complaint with prejudice, as to Defendant RLS Cold Storage, for Plaintiff's failure to state a claim upon which relief may be granted and for lack of subject matter jurisdiction.

*Respectfully submitted,*

By: ___*/s/ Harris Neal Feldman (090002000)*___
HARRIS NEAL FELDMAN, ESQ.
KATHRYN A. SOMERSET, ESQ.

**PARKER McCAY P.A.**
**9000 Midlantic Drive, Suite 300**
**P.O. Box 5054**
**Mount Laurel, New Jersey 08054**
**(856) 596-8900**
*Attorneys for Defendant,*
RLS COLD STORAGE

Dated:  October 30, 2017
4812-1509-8962

10

Law Offices
**PARKER McCAY P.A.**
**Harris N. Feldman, Esquire**
**ID No.**
**Kathryn A. Somerset, Esquire**
**ID No. 174522015**
**9000 Midlantic Drive, Suite 300**
**P.O. Box 5054**
**Mount Laurel, New Jersey 08054**
**(856) 596-8900**
Attorneys for Defendant RLS Cold Storage

| | |
|---|---|
| EMMANUEL GACHAU<br><br>*PLAINTIFF(S),*<br><br>V.<br><br>RLS COLD STORAGE and<br><br>CHOPTANK TRANSPORT<br><br>*DEFENDANT(S).* | **THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CIVIL ACTION NO. 1:17-cv-06595-NLH-JS<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by Parker McCay P.A., attorneys for Defendant, RLS Cold Storage, and the Court having reviewed the papers and for good cause shown;

**IT IS** on this _____ day of _____, 2017, **ORDERED** as follows:

Defendants' motion to dismiss filed pursuant to Federal Rule of Civil 12(b)(1) and 12(b)(6) is hereby **GRANTED**, and the Plaintiff's Complaint is

hereby dismissed with prejudice and without costs, including all claims, counterclaims and cross-claims, as to Defendant, RLS Cold Storage, for Plaintiff's failure to state a claim upon which relief may be granted and for lack of subject matter jurisdiction.

A copy of this Order shall be served on other parties within seven (7) days from receipt of this Order.

_____

_____OPPOSED

_____UNOPPOSED

4852-1952-3155

2

# EXHIBIT "A"

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
_____District of New Jersey_____

| | |
|---|---|
| EMMANUEL W. GACHAU | |
| *Plaintiff* | Civil Action 1:17-cv-06595-NLH-JS |
| v. | |
| RLS COLD STORAGE, et al | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

   **RLS COLD STORAGE**

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   EMMANUEL W. GACHAU
   1691 GRANDFLORA AVE
   CLERMONT, FL 34711

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

   WILLIAM T. WALSH

   *CLERK OF COURT*

   _____
   *Signature of Clerk or Deputy Clerk*

Date 8/31/17

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
EMMANUEL N GACHAU

**DEFENDANTS**
RLS COLD STORAGE
CHOPTANK TRANSPORT

(b) County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Gloucester
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff

☑ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☑ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☑ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Federal Trade Commission Act Law 15 USC §§ 41-58

Brief description of cause:
unfair methods or deceptive act or practice affecting commerce

## VII. REQUESTED IN COMPLAINT:
☑ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
$2,500,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☑ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____

DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

EMMANUEL  W  GACHAU

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

RLS  COLD  STORAGE

CHOPTANK  TRANSPORT

**COMPLAINT**

Jury Trial: [✓] Yes  [ ] No

*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.    **Parties in this complaint:**

A.    List your name, address and telephone number.  Do the same for any additional   plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff        Name                EMMANUEL   W  GACHAU
                 Street Address      1691  GRANDEFLORA  AVE
                 County, City        LAKE  County   CLERMONT
                 State & Zip Code    FL  34711
                 Telephone Number    (407) 301 - 0702

B.      List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name ___BLS   COLD   STORAGE___

Street Address ___2179   Main   Rd___

County, City ___NEWFIELD___

State & Zip Code ___NJ   08344___

Defendant No. 2

Name ___CHOPTANK   TRANSPORT___

Street Address ___3601   CHOPTANK   Rd___

County, City ___Preston___

State & Zip Code ___MD   21655___

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.      Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case  involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. §  1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal Questions          [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff    [ ] U.S. Government Defendant

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? ___Federal  Trade  Commission  Act  Laws 15 U.S.C §§ 41~58___ ___This  act  prevent  unfair  methods  of  competion  and  unfair___ ___or  deceptive  acts  or  practices  in  or  affecting  Commerce___

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

III.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur?   NEWFIELD  NJ  at the  RLS  Cold Storage

B.   What date and approximate time did the events giving rise to your claim(s) occur?   9/21/2015   9 Am  to  12 Pm

| What happened to you? |
| --- |

C.   Facts:   See attached Please

| Who did what? |
| --- |

| Was anyone else involved? |
| --- |

| Who else saw what happened? |
| --- |

- 3 -

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____
_____
_____
_____
_____
_____
_____
_____

V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I Ask the court to hear my Case and Look at the evidence that I have Presented, I would Like the court to ask the federal trade Commission to investigate this two Companies RLS Cold Storage and Choptank, to see how many claims have been fired wrongly in this facility I have been an owner operator driving since 2004 this deceptive act has Paralysis me, I am now as of 7/28/17 driving for a company in Jacksonville FL. I had a good income and have lost it all, financial Problem has Challenged my marriage, I kindly Ask the court to award me  Two Point Five million Dollar $ 2,500,000.00 as monetary Compensation, A deceptive act Like this by big Corporate will drive down our economy.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29 day of August , 20 17 .

Signature of Plaintiff _____

Mailing Address 1691 GRANDEFLORA AVE

CLERMONT FL 34711

Telephone Number (407) 301-0702

Fax Number *(if you have one)* (352) 394 - 8767

E-mail Address Psalmstrans@aol.com

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

FEDERAL COURT OF CAMDEN NJ

EMMANUEL W GACHAU
1691 GRANDEFLORA AVE
CLERMONT FL 34711
PHONE (407) 301- 0702
FAX (352) 394-8767
EMAIL psalmstrans@aol.com
DATE 7/26/2017


UNITED STATE DISTRICT COURT. DISTRICT OF NEW JERSEY.

On 9/18/2015 I Emmanuel Gachau was contracted by choptank transport of preston MD to
haul frozen strawberries from Laredo TX
TO Newfield NJ.
On 9/21/2015 I arrived as schedualed in  newfield  NJ at 7am to deliver the load at
the RLS cold storage facility.
After checking in , I was assigned to unloading AT dock door number 16.
Before I backed my trailer to the door, RLS staff member took pictures of the
following as an evidence ofthe load being in good condition.

A  picture of the temperature of the refregirated UNIT at 3.4 degrees fahrenheit.

B  picture of the seal before I opened my trailer doors.

C  picture of the cargo upon opening the trailer doors.

The RLS staff member then ordered me to back to the door # 16 to be unloaded.
After an approximate waiting time of 1 to 1.5 hours , the staff member knocked on my
truck door and gave me the bill of lading signed rejected
load due to high temperature of the product.

I requeted the staff member if i could go into the builing to officiate her taking
the temperature and she refused.
I Emmanuel Gachau have being to this facility for over 5 years and haulded tens of
loads in and out of this facility.
At this point I knew that dock door number 16 assigned to me was not a refrigerated
part of the warehouse as requierd to unload my cargo
in a temperature controled environment to avoid high temperature exposure to the
product.
I then requested the same RLS staff member to check the time on the digital camera
from the time she took the 1st three pictures up to the
time she took the last picture of the procuct being wet but she refused.
I made it clear to her that I was not new to that facility and I was aware she
knowingly and deliberatly put me in a none refrigerated door
inorder to reject me,I made it clear to her this was unfair and deceptive unlawful
act.

I immediatley call my insurance company to avoid a fraudlent claim and got a claim
number from my insurance.

I called CHOPTANK TRANSPORT the broker of this load and explained where the exposure
to high temperature occourred at door number 16 .
I requested an other RLS staff member accsess to the facility and took my camera
with me.
Inside this part of the ware house I FOUND OUT that this was the parkaging material
part of the building where RLS stores cardboard boxes
the temperatures in this builing was at room temperature.
I TOOK  the pictures and went back to the office to complain. The same RLS staff
member that rejected the load came out of the office with her
supervisor and both threatened to call the police to escort me out of the facility.
The same RLS staff member who rejected the load then grabbed the bill of lading out

Page 1

FEDERAL COURT OF CAMDEN NJ

of my hand and hand wrote with an ink pen "quality" but
the original rejection due to high temperature was a photocopy. this was another
deliberate act when she realized she got exposed to what
she had done.
Now she wanted to blame the claim on quality but forgot the bill she handed me was a
photocopy.
why had she not conluded the reasons for rejecting the load at the first place??

At this point i send picture evidence to OOIDA my insurance company and also to
CHOPTANK TRANSPORT broker KEIRSA STARKEN.

Chotank transport broker Keirsa Starken, ordered me to take my trailer to a
refrigerated repair shop first thing the following morning
to be checked if it was operating as it should.

On 9/22/2015 at 8am , I arrived at RUNNEMEDE TRUCK REFRIGERATION located on 320
borelli blvd in paulsboro NJ for
refrigaration unit inspection.
ON 9/22/2015 at 9.25 am refrigerated unit # 53801 passed all test as required by its
manufacturer THERMO KING.
Immedietley the inspection report was submitted to CHOPTANK TRANSPORT AND OOIDA my
insurance company.

Choptank Transport broker Keirsa Starken must have realized his was a deliberate and
fraudulent act and took this case out of his hands to
the hands of CHOPTANK TRANSNSPORT LEGAL TEAM.
CHOPTANKS TRANSPORT vice President and the head of regal affairs MR James Lee called
me on 9/22/2015 at 4pm and ordered me to take the
load to 162 RAILROAD AVE PATERSON ,NJ 07501  TO FREEZPAK LOGISTICS for a third party
USDA Product inspection.

On 9/23/2015 at 7:53am I arrived in Paterson nj at the FREEZPARK FACILITY. The
temperature leading on my refrigerated unit was negative -6.4
degrees fahrenheit. Upon arrival I met Mr mike and Mr Dave sound both brothers and
owners of FREEZPARK.
The inspection was done by HDI MARINE inspection company.
On 9/23/2015 CHOPTANK TRANSPORT REGAL TEAM  already had all the evidence that i had
provided to them since 9/21/2015.AS a normal
inspection procedure , Mr James Lee the choptank transportation  vice president was
orbligated to provide the following to
the inspection company HDI MARINE.

EVIDENCE OF

A  pictures that I provided on 9/12/2015 to CHOPTANK TRANSPORT AS AN EVIDENCE where
the said cargo got exposed to high temperatures.

B  Receipt of the inspection done to the refrigeration unit at RUNNEMEDE TRUCK
REFRIGIRATION in paulsboro NJ on 9/22/2015
   as a proof that the refrigerated unit was working properly as it should.

Mr  James Lee  CHOPTANK vice President did not give the inspectors that evidence and
as a result the inspector could not conclude the inspection
report. please refer to HDI MARINE REPORT ATTACHED AND HIGHLIGHTENED.

Mr James Lee tilted to RLS COLD STORAGE SIDE and distorted his Ethical obligation in
decision making aimed to his special interest not to loose
RLS COLD STORAGE as a customer.

MR Dave sound of FREEZPARK and the owner of the load allowed me to take pictures of
his refrigerated dock doors ( find FREEZPARK facility pictures
attached)

Page 2

FEDERAL COURT OF CAMDEN NJ

on 9/24/2015 MR Dave sound and vice president of FREEZPARK requested me to take his
product not back to RLS COLD STORAGE BUT INSTEAD
to 630 BELLEVILLE TRPK Kearny , NJ at BINDI COLD STORAGE FACILITY.
Neither the inspector nor FREEZPARK OWNERS found any thing wrong with the product.

Despite our office Emailing Mr James Lee at choptank transport for months  , James
Lee refused to send us the inspection report from HDI MARINE
and the cargo value which is required in this industry upon a situation like this .

Dave sound the owner of FREEZ PARK agreed to email me acopy of the report and I
conluded choptank Transport vice president and legal affairs boss
consealed and colluded with RLS to holding all the evidence I provided.


DAMAGES , LOSS OF REVENUE AND EVENTUALLY LOSS OF WORK


Over the road or interstate commercial insurance company are very strict when it
comes to claims,  despite RLS and choptank transport
not being able to file a claim , my insurance company OOIDA wrote me a letter of non
renewal of my insurance.
The underwriters at OOIDA insurance could not offer reinstatement due to loss
frequency because i had a claim  in june Of 2015 which was not my fault.
A Commercial truck is not allowed to have more than 3 claims in a three years
period. before 9/21/2015 I had 2 claims in a three years period and my insurance
company
OOIDA LOOKED at me as a risk. see OOIDA Insurance letter attached.

on 11/24/2015 my insurance cancelled and as result my DOT NUMBER 1720029 and motor
carrier number 630708 was revoked. I did
not have operating authority.
The next insurance that accepted ME doubled my premium payment from $954.00 per
month to $1800.00 per month.

when a commercial isuarance and authority to operate are revoked and then reinstated
, that report is always noted and I had to start all
over as a new company. that means all brokerage companies viewed me as new ,I could
not keep up with insurance payment and my bills at home.

Ilost  the insurance again months later and my authority to operate was revoked
again.
Ishopped desperately for insurance and had to lower my truck value to $10,000.00 and
had no insurance for my trailer , a $5000 dedectable
just to be able to find the last insurance I had before loosing it again on
may/8/2017.

my safety record with the DOT was outstanding before this incident. after wards my
safety was very bad I COULD NOT PASS  DOT inspection and as a
result brokrage companies could not work with me due to poor safety record. I was
completely unable to maintain my equipments.

on 5/8/2017 I LOST my insurance and my operating authority was revoked by the DOT.
I had no choice but to go home and started looking for work after being self
employed for 11 years.I HAVE STAYED HOME FOR TWO MONTH NOW WITH
no income.

In a short summary . I  BELIEVE RLS did not have enough room to store this product
for their client FREEZPARK.
RLS knowingly lowered me into a "GAS CHEMBER LIKE THE NAZI" to get rid of me and
attempted to lie to FREEZPARK in order to keep
FREEZPARK as their customer.

Page 3

FEDERAL COURT OF CAMDEN NJ

CHOPTANK vice president also chose to collude with RLS in order make RLS HAPPY and to keep the big cooperation as a customer.
choptank has refused to pay HDI MARINE THE INSPECTION COMPANY.
CHOPTANK James Lee has verbly told me, he will not pay my services from 9/21/2015 to 9/24/2015 because "freezpark refused to pay me"

FREEZPARK OWNER DAVE AND MIKE SOUND took their product and were happy that I fought to deliver their product safe.

In conclusion when trailer doors were open in a warm ware house , is the same as opening a home freezer door and leaving it open.

EXHIBIT                           DISTRICT COURT OF NEW JERSEY

RLS STAFF MEMBER did not invite me inside to witness her taking this temperature at 15 degrees ferenght.

that is not the normal procedure.

any one can chose to take a picture of what ever temperature they desire

attached find different temps taken in a glass of ice water











EXHIBIT :                    DISTRICT COURT OF NEW JERSEY 2

DOCK DOOR 16

Inside the facility on the day the load was rejected. this part of the building is not climate controled.

evidence of where the load got exposed to high temperature.

Choptank vice president refusal to provide this evidence to the inspector indicate concealing evidence.

CC FEDERAL TRADE COMMISSION



Page 1

EXHIBIT                    DISTRICT COURT OF NEW JERSEY 3

TRAILER AIR TEMPERATURE TAKEN IMMEDIATELY AFTER REJECTION UPON CLOSING TRAILER DOORS



PAGE 1

DISTRICT COURT OF NEW JERSEY 4

EXHIBIT

COPY OF REFRIGERATION UNIT INSPECTION

ALL GOODS RETURNED MUST BE ACCOMPANIED BY THIS INVOICE

ATT MEGAN CLAIM # 187355

DUNNEMODE TRUCK REFRIGERATION
370 BORELLI BLVD.
PAULSBORO NJ  08066        PHONE: (856) 423-6000

NO CLAIM FOR SHORTAGE OR ERROR UNLESS REPORTED WITHIN 10 DAYS
AFTER RECEIPT OF MATERIAL. A HANDLING CHARGE OF 15% WILL BE
MADE ON ALL MERCHANDISE RETURNED.  SERVICE CHARGE OF 1.75% PER
MONTH ON PAST DUE ACCOUNTS.  ADVERTISING SURVEY: _____        PAGE: 1

<table>
<tr><td colspan="2">PROMISE TRANSPORTATION</td><td>CUST: 1036</td><td>CASH INVOICE: 27163</td></tr>
<tr><td colspan="2">1693 PROPER FLORA AVE</td><td></td><td>COOPER</td></tr>
<tr><td></td><td></td><td></td><td>09/22/2015    21:28PM</td></tr>
<tr><td>CUSTOMER</td><td>PL 34717</td><td>PH1407-301-0702</td><td>REF: 7797 ER053301</td></tr>
</table>

<table>
<tr><th>QUANTITY</th><th>CODE</th><th>DESCRIPTION</th><th></th><th>PRICE</th><th>AMOUNT</th></tr>
<tr><td></td><td></td><td colspan="4">TRAILER: 5361  T/K UNIT/MODEL -SB601 S/N 600868K27DA HOURS-32/99</td></tr>
<tr><td></td><td></td><td colspan="4">VIN:1UYUS2539XU750201</td></tr>
<tr><td></td><td></td><td colspan="4">CHECKED CAT OPERATION-OK, CHECKED FREON-OK</td></tr>
<tr><td></td><td></td><td colspan="4">CHECKED UNIT OPERATION-OK, PERFORMED ADVANCED PRETRIP-PASSED</td></tr>
<tr><td>1</td><td>SHO 801</td><td>SHOP SUPPLY</td><td></td><td>15.00</td><td>15.00</td></tr>
<tr><td>1</td><td>LAB 17</td><td>DT LABOR</td><td></td><td>112.00</td><td>112.00</td></tr>
<tr><td></td><td></td><td>COST:</td><td>135.89</td><td></td><td></td></tr>
</table>

pd
VISA

<table>
<tr><td></td><td>112.00</td><td></td><td>127.00</td><td>8.89</td></tr>
</table>

RECEIVED
BY:  x _____

<table>
<tr><td></td><td></td><td>AMOUNT:</td><td>135.89</td></tr>
</table>

TIME RECEIVED
September 23, 2015 10:39:56 AM CDT

FROM:

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

REMOTE CSID
YYYY

DURATION
61

PAGES
1

09/23/2015 10:21

STATUS
Received

#481 P.001/001

EXHIBIT                    DISTRICT COURT OF NEW JERSEY 5.

TRAILER TEMPERATURE UPON ARRIVAL AT FREEZPARK PETERSON NJ ON 9/24/2015 AT 8:10 AM



EXHIBIT

DISTRICT COURT OF NEW JERSEY 6

CARGO APPEARANCE UPON ARRIVAL AT FREEZPARK ON 9/24/2015 IN PATERSON NJ

RLS HAS REFUSED TO PRODUCE THE PICTURE OF THE CARGO APPEARANCE TAKEN UPON ARRIVAL
BEFORE BACKING THE TRAILER TO DOCK DOOR 16 ON 9/21/2015




Page 1

DISTRICT COURT OF NEW JERSEY 7

EXHIBIT

FREEZPAK LOADING AND UNLOADING DOCK DOORS PICTURE TAKEN ON 9/24/2015 UPON ARRIVAL AT PATERSON NJ

AUTHORIZED TO TAKE THIS PICTURES BY THE OWNER MIKE SAOUD AFTER HE HAD REALISE WHAT RLS AND CHOPTANK HAD DONE

THIS PICTURES ARE EVIDENCE OF A CLIMATE CONTROLED FACILITY TO AVOID EXPOSURE TO HIGH TEMPERATURE

RLS WAS NOT JUST DESEPTIVE TO ME BUT TO THE OWNER OF THIS LOAD FREEZPAK AND THE INSURANCE COMPANY OOIDA




EXHIBIT                          DISTRICT COURT OF NEW JERSEY 8

PICTURES OF BINDI COLD STORAGE 630 BELLEVILLE TRPK KEARNY NJ TAKEN 9/24/2015

THIS IS THE COLD FACILITY WHICH FREEZPAK OWNER AND VICE PRESIDENT DAVID SAOUD
INSTRUCTED ME TO TAKE HIS
LOAD AFTER THE INSPECTION WAS COMPLETED BY HDI MARINE.
THIS PICTURES ARE EVIDENCE THAT THIS LOAD WAS RECEIVED AT A TEMPERATURE CONTROLED
FACILITY TO AVOID HIGH TEMP EXPOSURE



Page 1

DISTRICT COURT OF NEW JERSEY 9

EXHIBIT

PICTURE THAT RLS TOOK AFTER 1 TO 1.5 HRS OF EXPOSURE TO HIGH TEMPERATURES.
RLS HAS REFUSED TO SHOW ME TIME THAT THIS PICTUIRE WAS TAKEN TO COMPARE WITH THE
PICTURES TAKEN OF THE TRAILER TEMP
AND THE SEAL BERORE BACKING TO DOCK DOOR 16.

IF THOSE PICTURES ARE PRODUCED THE TIMES ON THEM WILL REFLECT THE AMOUNT OF TIME RLS
KNOWINGLY EXPOSED THE SAID LOAD
TO HIGH TEMP WITH AN INTENTION TO REJECT THE SAME.



DISTRICT COURT OF NEW JERSEY 10

EXHIBIT

COPIES OF THE REJECTED LOAD BILL OF LADING ON 9/21/2015 AT THE RLS COLD STORAGE
PLEASE NOTE THE WORD QUALITY DEFER FROM THE WORDS REJECT PRODUCT TEMP.
THIS IS BECAUSE ON THE ORIGINAL BILL THAT I HAVE, THE WORDS REJECT PRODUCT TEMP WERE
WRITTEN THEN A COPY WAS MADE
WHEN I COMPLAINED AT THE OFFICE THE RLS STUFF REALISED I KNEW THEIR SCAM. SHE TOOK
THE BILL OUT OF MY HAND AND WROTE
WITH AN INK PEN THE WORD QUALITY SO THAT SHE CAN COVER HER SELF.
ORIGINALLY HER REASON TO REJECT THE LOAD WAS PRODUCT TEMP ONLY
I WILL PRESENT THE ORLIGINAL TO COURT.

ALSO A COPY OF THE SAME LOAD ACCEPTED IN BINDI COLD STORAGE ON9/24/2015



# UNITED STATES COLD STORAGE, LP

UNITED STATES COLD STORAGE,LP 1600 WEST CALTON ROAD LAREDO , TX 78041
( 956-722-8207

Page: 1 of 1

### Straight Bill of Lading - Short Form - Original - Not Negotiable

RECEIVED, subject to the transportation agreement between the shipper and the carrier, if applicable, otherwise to the terms and conditions of the shipper's standard transportation contract in effect on the date of the shipment which is available to the carrier on request, the property described herein, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown herein. This Bill of Lading is not subject to any classifications or tariffs except as specifically agreed to in writing by the shipper and the carrier.

**Proprietary and Confidential**

| Shipping Date | Order Date | Customer Order # |
|---|---|---|
| 9/18/15 | 9/18/15 | SK#52746 |

| Plant 460 | Account No 10278 |
|---|---|

Not Recourse: if this statement is to be delivered to the consignee without recourse on the shipper, the shipper shall sign the following statement. The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Shipper:
UNITED STATES COLD STORAGE,

| Delivery Ticket (Bill Of Lading) | |
|---|---|
| No. 57810 | |
| Print Date | 9/18/15 |

United States Cold Storage, Inc.
Agents for the Consignor product released for the account of:

JSO ASSOCIATES,INC.     P2
17 Maple Dr
Great Neck, NY 11021-2849

Consigned To and Destination:

RLS COLD STORAGE
279 MAIN RD
NEWFIELD, NJ 08344-5406

US TRUCK LINE          Customer Pick-up

| LOT NUMBER | QUANTITY ORDERED | QUANTITY DELIVERED | KIND OF PKG | SAID TO BE OR CONTAIN | UNIT | SHIPPING WEIGHT | CUBIC FEET |
|---|---|---|---|---|---|---|---|
| | | | | Appointment No:: 43948 | | | |
| | | | | PO: 7047-10 | | | |
| | | | | THIS IS A FROZEN PRODUCT. MAINTAIN ZERO DEGREES FAHRENHEIT OR BELOW. | | | |
| | | | | PRODUCTO CONGELADO. MANTENGASE A MENOS ZERO GRADOS FAHRENHEIT. | | | |
| | | | | Order is created by L2WPGUER | | | |
| 89743 | 1350 | 1350 | CTN 104 | CS IQF MEDIUM WHOLE STRAWBERRY MEDIUM WHOLE STRAW | INV#2248 PANG 32.000 43200.000 | N 30.000 40500.000 | 0 0 |
| | | | FREEZER | Total Gross | 43200.000 Net 40500.000 | | |
| Total | 1350 | 1350 | | Total Gross Net | 43200.000 40500.000 | | 0 |

Apt- 9/18/15 15:30  Arr- 9/18/15 16:09  Str- 9/18/15 17:36  Comp- 9/18/15 18:04
Dep- 9/18/15 18:04

9/24/15

Carrier Address:. ,CALIFORNIA, CA-85044Ph: 770-335-2096

| TRAILER #: 53801 | | SEAL# 060584 | | DL# and Other ID: |
|---|---|---|---|---|
| CARRIER: Received in good order and condition, unless otherwise noted above. | | Carrier Name: 10208-US TRUCK LINE | Driver Name & Signature EMMANUEL GIACHINO | |
| CONSIGNEE: Received in good order and condition, unless otherwise noted | Date and Time: | Consignee Name: | Agent Name (Print): | Agent Signature: |



7 Am



Page: 1 of 1

# UNITED STATES COLD STORAGE, LP
UNITED STATES COLD STORAGE,LP 1600 WEST CALTON ROAD LAREDO , TX 78041
( 956-722-8207

**Straight Bill of Lading - Short Form - Original - Not Negotiable**

RECEIVED, subject to the transportation agreement between the shipper and the carrier, if applicable, otherwise the terms and conditions of the shipper's standard transportation contract in effect on the date of the shipment which is available to the carrier on request, the property described herein, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as shown herein. This Bill of Lading is not subject to any classifications or tariffs except as specifically agreed to in writing by the shipper and the carrier.

| Proprietary and Confidential | | | Non Recourse: If this shipment is to be delivered to the consignee without recourse on the shipper, the shipper shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.<br>Signature of Shipper:<br>**UNITED STATES COLD STORAGE,** | Delivery Ticket<br>(Bill Of Lading)<br>No.   **57810** |
|---|---|---|---|---|
| Shipping Date<br>9/18/15 | Order Date<br>9/18/15 | Customer Order #<br>**SK#52746** | | |
| Plant  460 | | Account No  10278 | | Print Date       9/18/15 |

United States Cold Storage, Inc.
Agents for the Consignor product released for the account of;
JSO ASSOCIATES,INC.        P2
17 Maple Dr
Great Neck, NY 11021-2049

| Consigned To and Destination
RLS COLD STORAGE
2179 MAIN RD
NEWFIELD, NJ 08344-5406

US TRUCK LINE                    Customer Pick-up

| LOT NUMBER | QUANTITY ORDERED | QUANTITY DELIVERED | KIND OF PKG | SAID TO BE OR CONTAIN | UNIT | SHIPPING WEIGHT | CUBIC FEET |
|---|---|---|---|---|---|---|---|
| | | | | Appointment No::  43948 | | | |
| | | | | PO: 7047-10 | | | |
| | | | | THIS IS A FROZEN PRODUCT.  MAINTAIN ZERO DEGREES FAHRENHEIT OR BELOW. | | | |
| | | | | *   PRODUCTO CONGELADO. MANTENGASE A MENOS ZERO GRADOS FAHRENHEIT.   * | | | |
| | | | | Order is created by L2WPGUER | | | |
| 69743 | 1350 | 1350 | CTN  104 | CS IQF MEDIUM WHOLE STRAWBERRY | INV#2248 PANG  32.000  43200.000 | | 0 |
| | | | | MEDIUM WHOLE STRAW | N       30.000  40500.000 | | 0 |
| | | | FREEZER | Total  Gross | 43200.000 Net  40500.000 | | |
| | Total  1350 | 1350 | | | Total  Gross<br>Net | 43200.000<br>40500.000 | 0 |

Reefer
-10.F Set
@
3.2F
@ Door.

Apt-  9/18/15 15:30   Arr-  9/18/15
Dep-  9/18/15 18:04

Reject
Product (Temp)
@ 15 F.

**RLS COLD STORAGE RECEIVING STAMP**
RECEIVED BY _____ TRAILER #53801
RECEIVER # 154/04 ____ SEAL # 060584
TOTAL RECEIVED: PLTS ____ CASES ____
OVER _____ SHORT _____
DAMAGE KEPT _____ R.O.C. DAMAGE _____
PALLET QUALITY:  GOOD _____ BAD _____
SIGNED FOR BY Mary ____ DATE 9-21-15

| TRAILER #: 53801 | | SEAL #: 060584 | | | DL# and Other ID: |
|---|---|---|---|---|---|
| CARRIER: Received in good order and condition, unless otherwise noted above. | | Carrier Name:<br>10208-US TRUCK LINE | Driver Name & Signature | | EMANUEL CIACHNA |
| CONSIGNEE: Received in good order and condition, unless otherwise noted | Date and Time: | Consignee Name: | Agent Name (Print): | | Agent Signature: |



DISTRICT COURT OF NEW JERSEY 11
EXHIBIT

COPIES FROM OOIDA INSURANCE COMPANY. THE INSURANCE COMPANY UNDERWRITTERS COULD NOT
REINSTATE MY POLICY DO TO THIS ALLEGATION.
IN CASE OF A RATE PAYMENT THE DEMAND LETTER ALWAYS HAS A CANCELLATION DATE AND WHEN
PAYMENT IS MADE THE POLICY RESUMES AS NORMAL
 BUT AFTER THIS FALSE CLAIM OOIDA LOOKED ME AS A LISK.



**Owner-Operator Services Incorporated**
A subsidiary of Owner-Operator Independent Drivers Association, Inc.

1 NW OOIDA Drive • P O Box 1000
Grain Valley, Missouri 64029
Tel: (800) 715-9369 • (816) 229-5791
Fax lines: (816) 427-4467 • (816) 427-4469
(816) 229-5370 • (816) 867-2153
e-mail: truck_fax@ooida.com
truckforms@ooida.com
ooida@ooida.com
web site: www.ooida.com

06/20/2017

Emmanuel Gachau
Psalms Transportation LLC
1691 Grandeflora Ave
Clermont, FL 34711

RE:    Policy Cancellation
       Member # 883630
       Policy # PL199520788A

Emmanuel,

Thank you for your participation in the OOIDA Truck Insurance Program. Below please find the policy information that you requested.

Your policy was canceled effective 11/24/2015 due to non-payment. The Underwriters were not offering reinstatement due to loss frequency of your policy. Attached please find your Loss Run report.

OOIDA greatly appreciates the opportunity to serve your insurance needs. Please do not hesitate to contact us should you require any further information.

Sincerely,

Josephine Feltrop
Sales Agent
Truck Insurance Department
Owner-Operator Services, Inc.
Toll Free 800-444-5791
Fax 816-427-4467
Josie_feltrop@ooida.com

October 16, 2015

EMMANUEL W GACHAU
PSALMS TRANSPORTATION LLC
1691 GRANDEFLORA AVE
CLERMONT, FL 34711-6271

Dear Emmanuel:

**\*\*We regret to inform you we are unable to offer reinstatement or a rewrite of your policy(ies).\*\***

Enclosed is the notice of cancellation of your truck insurance policy(ies), due to non-payment of premium. The effective date of cancellation is shown on the attached notice.

Your file will be audited and any refund due back to you or a final bill will be mailed within 30 days of the audit.  If you have any questions or need referrals, please give one of our professional agents a call for assistance.

Sincerely,


Cancellation Department

Enclosure

JLC

ONDIOX 0883630 VEHICLE 20151016 TBCN01 Correspondence To Insured

EXHIBIT                    DISTRICT COURT OF NEW JERSEY 12

EVIDENCE THAT THIS PART OF THE RLS COLD STORAGE FACILITY IS NOT CLIMATE CONTROLED IT
IS A PACKAGING FACILITY WHERE THEY STORE CARDBOARD BOXES
SAME DOCK DOOR 16 AT A LATTER DATE WHEN I WAS AT THE FACILITY. AS YOUCAN SEE THAT IS
A DRY BOX TRAILER AT THE SAME DOOR I WAS SENT ON 9/21/2015
ALL TRAILERS ARE DRY BOX TRAILERS ON THIS BUILDING 4





EXHIBIT                    DISTRICT COURT OF NEW JERSEY 12

EVIDENCE THAT THIS PART OF THE RLS COLD STORAGE FACILITY IS NOT CLIMATE CONTROLED IT
IS A PACKAGING FACILITY WHERE THEY STORE CARDBOARD BOXES
SAME DOCK DOOR 16 AT A LATTER DATE WHEN I WAS AT THE FACILITY, AS YOUCAN SEE THAT IS
A DRY BOX TRAILER AT THE SAME DOOR I WAS SENT ON 9/21/2015
ALL TRAILERS ARE DRY BOX TRAILERS ON THIS BUILDING 4



DISTRICT COURT OF NEW JERSEY 13

EXHIBIT

AT A LATER DATE THIS TIME HAULING A FROZEN LOAD OUT OF THE SAME RLS COLD STORAGE
FACILITY IN NEWFEILD NJ.
ON THIS DAY I WAS HAULING A FROZEN LOAD FOR RLS TO FLORIDA.
NOTE MY TRUCK IS AT DOCK DOOR # 32 WHICH IS THE NEXT BUILING FROM BUILING 4, THIS
BUILING IS A CLIMATE CONTROLED BUILING THAT MEANS RLS LOADS
WILL NOT BE EXPOSED TO HIGH TEMPERATURE WHILE BEING  LOADED TO MY TRAILER.
EVIDENT ENOUGH THAT ON 9/21/2015 RLS KNOWINGLY DID A DECEPTIVE ACT EXPOSING FREEZPAK
LOAD TO HIGH TEMPS AND CAUSING ME TO GO FOR A TWO YEARS
DOWN FALL.



Page 1

DISTRICT COURT OF NEW JERSEY 14

EXHIBIT

EVIDENCE OF LOSS OF INCOME. I AM A ONE TRUCK OWNER AND ALSO THE DRIVER AND A BREAD
WINNER TO MY FAMILY

*3 YRS REVENUES*
*evidence of loss of income*

Featuring Service

Purchase Summary Report

January 1, 2014 Thru December 31, 2014

Pealims Transportation, LLC (3093)

| Client... | Batch# | Date Posted | Input Amount | A/R Amount | Escrow Amount | Expense Amount | Recourse Amount | Reserve Amount | Fee Amount | Paid Amount | Paid By... | Date Paid | Check# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 117 | 1/8/2014 | 3,000.00 | 3,000.00 | | (4.50) | | | (150.00) | 2,845.50 | Check | 1/8/2014 | 097008 |
| | 118 | 1/10/2014 | 1,800.00 | 1,800.00 | | (3.00) | | | (90.00) | 1,707.00 | Check | 1/10/2014 | 097491 |
| | 119 | 2/11/2014 | 2,600.00 | 2,600.00 | | (4.50) | | | (130.00) | 2,465.50 | Check | 2/11/2014 | 103430 |
| | 120 | 2/12/2014 | 1,200.00 | 1,200.00 | | (6.50) | | | (60.00) | 1,133.50 | Check | 2/12/2014 | 103397 |
| | 121 | 2/13/2014 | 600.00 | 600.00 | | (4.50) | | | (30.00) | 565.50 | Check | 2/13/2014 | 103798 |
| | 122 | 2/18/2014 | 2,150.00 | 2,150.00 | | (4.50) | | | (107.50) | 2,038.00 | Check | 2/18/2014 | 104548 |
| | 123 | 2/19/2014 | 600.00 | 600.00 | | (3.00) | | | (30.00) | 567.00 | Check | 2/19/2014 | 104842 |
| | 124 | 2/21/2014 | 2,200.00 | 2,200.00 | | (6.00) | | | (110.00) | 2,084.00 | Check | 2/21/2014 | 105432 |
| | 125 | 2/25/2014 | 1,400.00 | 1,400.00 | | (3.00) | | | (70.00) | 1,327.00 | Check | 2/25/2014 | 106098 |
| | 126 | 2/26/2014 | 1,020.00 | 1,020.00 | | (3.00) | | | (51.00) | 966.00 | Check | 2/26/2014 | 106387 |
| | 127 | 2/28/2014 | 2,068.25 | 2,068.25 | | (3.00) | | | (103.41) | 1,961.84 | Check | 2/28/2014 | 107122 |
| | 128 | 3/7/2014 | 2,600.00 | 2,600.00 | | (3.00) | | | (130.00) | 2,467.00 | Check | 3/7/2014 | 108673 |
| | 129 | 3/11/2014 | 3,200.00 | 3,200.00 | | (3.00) | | | (160.00) | 3,037.00 | Check | 3/11/2014 | 109361 |
| | 130 | 3/14/2014 | 1,000.00 | 1,000.00 | | (4.50) | | | (50.00) | 945.50 | Check | 3/14/2014 | 109985 |
| | 131 | 3/18/2014 | 2,785.00 | 2,785.00 | | (3.00) | | | (139.25) | 2,642.75 | Check | 3/18/2014 | 110826 |
| | 132 | 3/21/2014 | 1,110.00 | 1,110.00 | | (12.00) | | | (55.50) | 1,042.50 | Check | 3/21/2014 | 075062 |
| | 133 | 3/25/2014 | 2,300.00 | 2,300.00 | | (3.00) | | | (115.00) | 2,182.00 | Check | 3/25/2014 | 112308 |
| | 134 | 3/28/2014 | 2,500.00 | 2,500.00 | | (9.50) | | | (125.00) | 2,365.50 | Check | 3/28/2014 | 055310 |
| | 135 | 3/31/2014 | 1,300.00 | 1,300.00 | | (8.00) | | | (65.00) | 1,227.00 | Check | 3/31/2014 | 055405 |
| | 136 | 3/31/2014 | 680.00 | 680.00 | | (4.50) | | | (34.00) | 641.50 | Check | 3/31/2014 | 055470 |
| | 137 | 4/1/2014 | 1,300.00 | 1,300.00 | | (9.75) | | | (65.00) | 1,225.25 | Check | 4/1/2014 | 055511 |
| | 138 | 4/22/2014 | 650.00 | 650.00 | | (9.50) | | | (32.50) | 608.00 | Check | 4/2/2014 | 055645 |
| | 139 | 4/7/2014 | 4,900.00 | 4,900.00 | | (11.25) | | | (88.00) | 4,396.75 | Check | 4/7/2014 | 056035 |
| | 140 | 4/8/2014 | 2,000.00 | 2,000.00 | | (7.50) | | (100.00) | (40.00) | 1,692.50 | Check | 4/8/2014 | 058151 |
| | 141 | 4/9/2014 | 720.00 | 720.00 | | (4.50) | | (36.00) | (14.40) | 607.50 | Check | 4/9/2014 | 115725 |
| | 142 | 4/11/2014 | 1,500.00 | 1,500.00 | | (14.25) | | (75.00) | (30.00) | 1,280.75 | Check | 4/11/2014 | 077624 |
| | 143 | 4/17/2014 | 600.00 | 600.00 | | (5.50) | | (30.00) | (12.00) | 504.50 | Check | 4/17/2014 | 117656 |
| | 144 | 4/21/2014 | 2,050.00 | 2,050.00 | | (3.00) | | (102.50) | (41.00) | 1,739.50 | Check | 4/21/2014 | 116020 |
| | 145 | 4/23/2014 | 1,400.00 | 1,400.00 | | (3.00) | | (70.00) | (28.00) | 1,187.00 | Check | 4/23/2014 | 116758 |
| | 146 | 4/28/2014 | 2,665.00 | 2,665.00 | | (11.25) | | (133.25) | (53.30) | 2,254.00 | Check | 4/28/2014 | 119590 |
| | 147 | 5/6/2014 | 3,800.00 | 3,800.00 | | (4.50) | | (341.55) | (76.00) | 3,073.95 | Check | 5/6/2014 | 122488 |
| | 148 | 5/8/2014 | | | | (12.00) | | 500.00 | | 488.00 | Check | 5/8/2014 | 081465 |
| | 149 | 5/12/2014 | | | | (3.00) | | (400.00) | | 587.00 | Check | 5/12/2014 | 123751 |
| | 150 | 5/13/2014 | | | | (3.00) | | 400.00 | (22.00) | 397.00 | Check | 5/13/2014 | 124035 |
| | 151 | 5/15/2014 | 1,250.00 | 1,250.00 | (100.00) | (3.00) | | (125.00) | (25.00) | 976.77 | Check | 5/15/2014 | 124702 |
| | 152 | 5/16/2014 | 675.00 | 675.00 | (54.00) | (4.50) | (20.23) | (67.50) | (13.50) | 535.50 | Check | 5/16/2014 | 125160 |
| | 153 | 5/20/2014 | 3,700.00 | 3,700.00 | (296.00) | (3.00) | | 400.00 | (74.00) | 3,327.00 | Check | 5/20/2014 | 123861 |
| | 154 | 5/21/2014 | 600.00 | 600.00 | (48.00) | (1.50) | | (538.50) | (12.00) | | ZeroChec | 5/21/2014 | |
| | 155 | 5/22/2014 | 1,510.00 | 1,510.00 | (120.80) | (20.00) | | 151.00 | (30.20) | 1,188.00 | Check | 5/22/2014 | 126348 |
| | 156 | 5/27/2014 | 2,235.00 | 2,235.00 | (175.80) | (4.75) | | (223.50) | (44.70) | 1,763.25 | Check | 5/27/2014 | 127152 |
| | 157 | 5/28/2014 | 3,856.00 | 3,856.00 | (308.48) | (6.50) | | (385.60) | (77.12) | 3,080.30 | Check | 5/28/2014 | 127439 |
| | 158 | 5/29/2014 | 1,250.00 | 1,250.00 | (100.00) | (3.00) | (400.00) | (125.00) | (25.00) | 997.00 | Check | 5/29/2014 | 127725 |
| | 159 | 6/2/2014 | 2,700.00 | 2,700.00 | (216.00) | (9.50) | | (270.00) | (54.00) | 2,150.50 | Check | 6/2/2014 | 128534 |

Page 1 of 4

**TBS Factoring Service**

**Purchase Summary Report**
**January 1, 2014 Thru December 31, 2014**

| Batch# | Date Posted | Input Amount | A/R Amount | Escrow Amount | Expense Amount | Recourse Amount | Reserve Amount | Fee Amount | Paid Amount | Paid By | Date Paid | Check# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 160 | 6/3/2014 | 650.00 | 650.00 | (52.00) | (4.75) | | (65.00) | (13.00) | 516.25 | Check | 6/3/2014 | 129028 |
| 161 | 6/4/2014 | | | | (3.00) | | 500.00 | | 497.00 | Check | 6/4/2014 | 129555 |
| 162 | 6/6/2014 | 1,700.00 | 1,700.00 | (136.00) | (1.50) | | (1,526.50) | (34.00) | | ZeroChec | 6/6/2014 | |
| 163 | 6/6/2014 | | | | (12.00) | | 1,612.00 | | 1,600.00 | Check | 6/6/2014 | 085185 |
| 164 | 6/9/2014 | 3,300.00 | 3,300.00 | (284.00) | (4.50) | | (330.00) | (66.00) | 2,636.50 | Check | 6/9/2014 | 130462 |
| 165 | 6/10/2014 | 1,650.00 | 1,650.00 | (132.00) | (4.75) | | (165.00) | (33.00) | 1,315.25 | Check | 6/10/2014 | 130859 |
| 166 | 6/12/2014 | 540.00 | 540.00 | (43.20) | (5.00) | (55.80) | (54.00) | (10.80) | 427.00 | Check | 6/12/2014 | 131444 |
| 167 | 6/16/2014 | 1,600.00 | 1,600.00 | (128.00) | (4.50) | | (160.00) | (32.00) | 1,275.50 | Check | 6/16/2014 | 131937 |
| 168 | 6/16/2014 | 3,900.00 | 3,900.00 | (312.00) | (4.50) | | (390.00) | (78.00) | 3,115.50 | Check | 6/16/2014 | 132205 |
| 169 | 6/17/2014 | 2,000.00 | 2,000.00 | (160.00) | (7.50) | | (200.00) | (40.00) | 1,592.50 | Check | 6/17/2014 | 132513 |
| 170 | 6/24/2014 | 3,500.00 | 3,500.00 | (280.00) | (4.75) | | (350.00) | (70.00) | 2,739.45 | Check | 6/24/2014 | 134167 |
| 171 | 6/25/2014 | 2,050.00 | 2,050.00 | (164.00) | (6.25) | | (205.00) | (34.00) | 1,633.75 | Check | 6/25/2014 | 132513 |
| 172 | 6/27/2014 | 1,700.00 | 1,700.00 | (136.00) | (5.50) | | (170.00) | (70.00) | 1,353.50 | Check | 6/27/2014 | 134325 |
| 173 | 6/30/2014 | 3,500.00 | 3,500.00 | (280.00) | (3.00) | | (314.70) | (28.00) | 2,832.30 | Check | 6/30/2014 | 135916 |
| 174 | 7/1/2014 | 1,400.00 | 1,400.00 | (112.00) | (5.75) | | (140.00) | (28.00) | 1,114.25 | Check | 7/1/2014 | 136559 |
| 175 | 7/2/2014 | 600.00 | 600.00 | (48.00) | (3.00) | | (60.00) | (12.00) | 477.00 | Check | 7/2/2014 | 136641 |
| 176 | 7/7/2014 | | | | (3.00) | | 1,003.00 | | 1,000.00 | Check | 7/7/2014 | 137281 |
| 177 | 7/8/2014 | 2,500.00 | 2,500.00 | (200.00) | (3.00) | | (250.00) | (50.00) | 1,997.00 | Check | 7/7/2014 | 138168 |
| 178 | 7/17/2014 | 1,400.00 | 1,400.00 | (112.00) | (7.75) | | (140.00) | (28.00) | 1,112.25 | Check | 7/8/2014 | 138349 |
| 179 | 7/21/2014 | | | | (3.00) | | 1,503.00 | | 1,500.00 | Check | 7/17/2014 | 140673 |
| 180 | 7/23/2014 | 1,925.00 | 1,925.00 | (154.00) | (20.00) | (21.81) | (192.50) | (38.50) | 1,488.39 | Check | 7/17/2014 | 141854 |
| 181 | 7/23/2014 | 745.00 | 745.00 | (59.60) | (4.50) | | (74.50) | (14.30) | 591.55 | Check | 7/21/2014 | 142784 |
| 182 | 7/28/2014 | 2,800.00 | 2,800.00 | (224.00) | (7.75) | | (430.00) | (56.00) | 2,082.25 | Check | 7/23/2014 | 143005 |
| 183 | 7/31/2014 | 2,500.00 | 2,500.00 | (200.00) | (4.50) | | (250.00) | (50.00) | 1,995.50 | Check | 7/28/2014 | 143948 |
| 184 | 8/4/2014 | 2,600.00 | 2,600.00 | (208.00) | (3.00) | | (260.00) | (52.00) | 2,077.00 | Check | 7/31/2014 | 146198 |
| 185 | 8/6/2014 | | | | (12.00) | | 2,512.00 | | 2,500.00 | Check | 8/4/2014 | 146986 |
| 186 | 8/11/2014 | 1,685.00 | 1,685.00 | (134.80) | (5.00) | | (168.50) | (33.70) | 1,943.00 | Check | 8/8/2014 | 094084 |
| 187 | 8/13/2014 | 2,550.00 | 2,550.00 | (204.00) | (28.00) | | (255.00) | (51.00) | 2,020.00 | Check | 8/11/2014 | 149199 |
| 188 | 8/14/2014 | 1,400.00 | 1,400.00 | (112.00) | (5.25) | | (140.00) | (28.00) | 1,114.75 | Check | 8/13/2014 | 149848 |
| 189 | 8/15/2014 | 650.00 | 650.00 | (68.00) | (13.50) | | | (17.00) | 751.50 | Check | 8/14/2014 | 150271 |
| 190 | 8/19/2014 | 3,720.00 | 3,720.00 | (297.60) | (7.50) | | (699.20) | (74.40) | 3,340.50 | Check | 8/15/2014 | 095673 |
| 191 | 8/25/2014 | 3,292.00 | 3,292.00 | (263.36) | (6.25) | | (165.00) | (85.84) | 2,257.35 | Check | 8/19/2014 | 151768 |
| 194 | 8/29/2014 | 1,950.00 | 1,950.00 | (156.00) | (12.00) | | 562.50 | (39.00) | 1,548.00 | Check | 8/25/2014 | 153008 |
| 195 | 8/29/2014 | | | | | | | | 562.50 | Check | 8/29/2014 | 097682 |
| 196 | 9/2/2014 | 3,850.00 | 3,850.00 | (308.00) | (5.00) | | (385.00) | (77.00) | 1,343.00 | Check | 8/29/2014 | 097664 |
| 197 | 9/4/2014 | 625.00 | 525.00 | (50.00) | (21.75) | | (62.50) | (12.50) | 3,075.00 | Check | 9/2/2014 | 154680 |
| 200 | 9/4/2014 | 1,900.00 | 1,900.00 | (152.00) | (4.75) | | (190.00) | (38.00) | 478.25 | Check | 9/4/2014 | 155556 |
| 201 | 9/5/2014 | 1,030.00 | 1,030.00 | (82.40) | (4.75) | | (630.00) | (20.60) | 1,515.25 | Check | 9/4/2014 | 155638 |
| 202 | 9/8/2014 | 3,200.00 | 3,200.00 | (256.00) | (4.50) | | (320.00) | (64.00) | 292.25 | Check | 9/5/2014 | 156040 |
| 203 | 9/12/2014 | 1,500.00 | 1,500.00 | (120.00) | (13.50) | | (150.00) | (30.00) | 2,555.50 | Check | 9/8/2014 | 156430 |
| 204 | 9/16/2014 | 3,520.00 | 3,520.00 | (281.60) | | | (352.00) | (70.40) | 1,166.50 | Check | 9/12/2014 | 100163 |
| 205 | 9/16/2014 | 1,600.00 | 1,600.00 | (128.00) | | | (160.00) | (30.00) | 2,815.00 | Check | 9/16/2014 | 159427 |
| 206 | 9/19/2014 | 1,300.00 | 1,300.00 | (104.00) | | | (130.00) | (32.00) | 1,280.00 | Check | 9/18/2014 | 159284 |
| 207 | 9/24/2014 | 3,500.00 | 3,500.00 | (280.00) | (20.00) | | (350.00) | (28.00) | 1,040.00 | Check | 9/19/2014 | 159494 |
| | | | | | | | | (70.00) | 2,780.00 | Check | 9/24/2014 | 161011 |

Printed: June 13, 2017, 11:02AM (PurchRep)

TBS Factoring Service

**Purchase Summary Report**

January 1, 2014 Thru December 31, 2014

| Client. | Batch | Date Posted | Input Amount | A/R Amount | Escrow Amount | Expense Amount | Recourse Amount | Reserve Amount | Fee Amount | Paid Amount | Paid By. | Date Paid | Check. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 208 | 9/29/2014 | 3,430.00 | 3,430.00 | (274.40) | (3.00) | | (343.00) | (68.60) | 2,741.00 | Check | 8/29/2014 | 163350 |
| | 209 | 9/30/2014 | 1,400.00 | 1,400.00 | (112.00) | (6.50) | | (140.00) | (28.00) | 1,113.50 | Check | 9/30/2014 | 163696 |
| | 210 | 10/1/2014 | 550.00 | 550.00 | (44.00) | (4.50) | | | (11.00) | 490.50 | Check | 10/1/2014 | 164074 |
| | 211 | 10/2/2014 | | | | | (76.86) | 76.86 | | | ZeroChec | 10/2/2014 | |
| | 212 | 10/6/2014 | 1,925.00 | 1,925.00 | (154.00) | (15.00) | | (192.50) | (38.50) | 1,525.00 | Check | 10/6/2014 | 164053 |
| | 213 | 10/8/2014 | 1,400.00 | 1,400.00 | (112.00) | (20.50) | | (140.00) | (28.00) | 1,100.00 | Check | 10/8/2014 | 165949 |
| | 214 | 10/8/2014 | 550.00 | 550.00 | (44.00) | (6.25) | | (55.00) | (11.00) | 433.75 | Check | 10/8/2014 | 165949 |
| | 215 | 10/10/2014 | | | | (12.00) | | 412.00 | | 400.00 | Check | 10/9/2014 | 166034 |
| | 216 | 10/13/2014 | | | | (12.00) | | 1,600.00 | | 1,588.00 | Check | 10/10/2014 | 105086 |
| | 217 | 10/14/2014 | 2,075.00 | 2,075.00 | (166.00) | (16.00) | | (207.50) | (41.50) | 1,644.00 | Check | 10/14/2014 | 105278 |
| | 218 | 10/21/2014 | 1,955.00 | 1,955.00 | (156.40) | (20.00) | | (195.50) | (39.10) | 1,544.00 | Check | 10/14/2014 | 105654 |
| | 219 | 10/21/2014 | 1,300.00 | 1,300.00 | (104.00) | (4.50) | | (130.00) | (26.00) | 1,035.50 | Check | 10/21/2014 | 169187 |
| | 220 | 10/22/2014 | | | | (12.00) | | 3,500.00 | | 3,488.00 | Check | 10/21/2014 | 169437 |
| | 221 | 10/24/2014 | 1,350.00 | 1,350.00 | (108.00) | (29.00) | | (135.00) | (27.00) | 1,051.00 | Check | 10/22/2014 | 106930 |
| | 222 | 10/28/2014 | 1,300.00 | 1,300.00 | (104.00) | (5.50) | | (130.00) | (26.00) | 1,034.50 | Check | 10/24/2014 | 107388 |
| | 223 | 10/28/2014 | 760.00 | 760.00 | (60.80) | (4.50) | | (76.00) | (15.20) | 603.50 | Check | 10/28/2014 | 171305 |
| | 224 | 10/30/2014 | 1,450.00 | 1,450.00 | (116.00) | (5.25) | | (145.00) | (29.00) | 1,154.75 | Check | 10/29/2014 | 171485 |
| | 225 | 10/31/2014 | 800.00 | 800.00 | (64.00) | (14.50) | | (60.00) | (16.00) | 625.50 | Check | 10/30/2014 | 172037 |
| | 226 | 10/31/2014 | | | | (3.00) | | 1,030.00 | | 1,060.00 | Check | 10/31/2014 | 108762 |
| | 227 | 11/3/2014 | 1,100.00 | 1,100.00 | (88.00) | (3.00) | | (110.00) | (22.00) | 877.00 | Check | 10/31/2014 | 108787 |
| | 228 | 11/5/2014 | 2,650.00 | 2,650.00 | (212.00) | (3.00) | | (265.00) | (53.00) | 2,117.00 | Check | 11/3/2014 | 172760 |
| | 229 | 11/10/2014 | | | | (12.00) | | 1,012.00 | | 1,000.00 | Check | 11/5/2014 | 173434 |
| | 230 | 11/10/2014 | 2,356.00 | 2,356.00 | (188.48) | (5.75) | (204.60) | (235.50) | (47.12) | 1,674.45 | Check | 11/6/2014 | 110167 |
| | 231 | 11/11/2014 | 2,500.00 | 2,500.00 | (200.00) | (3.00) | | 250.00 | (50.00) | 1,997.00 | Check | 11/10/2014 | 174784 |
| | 232 | 11/14/2014 | | | | (12.00) | | 1,312.00 | | 1,300.00 | Check | 11/10/2014 | 174956 |
| | 233 | 11/17/2014 | 4,075.00 | 4,075.00 | (326.00) | (23.75) | | (465.00) | (81.50) | 3,178.75 | Check | 11/14/2014 | 111067 |
| | 234 | 11/19/2014 | 1,800.00 | 1,800.00 | (144.00) | (4.50) | | (180.00) | (36.00) | 1,435.50 | Check | 11/17/2014 | 176399 |
| | 235 | 11/20/2014 | 2,200.00 | 2,200.00 | (176.00) | (3.00) | | (220.00) | (44.00) | 1,757.00 | Check | 11/19/2014 | 177318 |
| | 236 | 11/21/2014 | 1,350.00 | 1,350.00 | (108.00) | (13.50) | | (135.00) | (27.00) | 1,066.50 | Check | 11/20/2014 | 177540 |
| | 237 | 11/25/2014 | 3,250.00 | 3,250.00 | (260.00) | (5.50) | (56.40) | (325.00) | (65.00) | 2,694.50 | Check | 11/21/2014 | 112459 |
| | 238 | 11/26/2014 | | | | (3.00) | | 1,500.00 | | 1,497.00 | Check | 11/25/2014 | 178911 |
| | 239 | 12/1/2014 | 2,800.00 | 2,800.00 | (224.00) | (5.25) | | (280.00) | (56.00) | 2,234.75 | Check | 11/26/2014 | 179443 |
| | 240 | 12/1/2014 | 2,500.00 | 2,500.00 | (200.00) | (3.00) | | (250.00) | (50.00) | 1,940.60 | Check | 12/1/2014 | 179657 |
| | 241 | 12/4/2014 | 1,675.00 | 1,675.00 | (134.00) | (3.00) | | (167.50) | (33.50) | 1,337.00 | Check | 12/1/2014 | 179876 |
| | 242 | 12/8/2014 | 2,800.00 | 2,800.00 | (224.00) | (4.50) | | (280.00) | (56.00) | 2,235.50 | Check | 12/4/2014 | 181032 |
| | 243 | 12/9/2014 | 1,250.00 | 1,250.00 | (100.00) | (29.00) | | (125.00) | (25.00) | 971.00 | Check | 12/4/2014 | 181708 |
| | 244 | 12/10/2014 | 2,200.00 | 2,200.00 | (176.00) | (3.00) | | (220.00) | (44.00) | 1,757.00 | Check | 12/8/2014 | 115233 |
| | 245 | 12/11/2014 | 1,325.00 | 1,325.00 | (106.00) | (3.00) | | (132.50) | (26.50) | 1,097.00 | Check | 12/9/2014 | 182748 |
| | 246 | 12/12/2014 | 550.00 | 550.00 | (44.00) | (4.50) | | (55.00) | (11.00) | 435.50 | Check | 12/10/2014 | 183189 |
| | 247 | 12/16/2014 | 3,075.00 | 3,075.00 | (246.00) | (3.00) | | (307.50) | (61.50) | 2,457.00 | Check | 12/12/2014 | 183491 |
| | 248 | 12/18/2014 | | | | | (352.50) | 352.50 | | | ZeroChec | 12/16/2014 | 184457 |
| | 249 | 12/18/2014 | 2,500.00 | 2,500.00 | (200.00) | (4.50) | | (250.00) | (50.00) | 1,995.50 | Check | 12/18/2014 | 185266 |
| | 250 | 12/22/2014 | 1,800.00 | 1,800.00 | (144.00) | (4.75) | | (180.00) | (36.00) | 1,435.25 | Check | 12/18/2014 | 185767 |
| | 251 | 12/23/2014 | 3,195.00 | 3,195.00 | (255.60) | (5.50) | (94.00) | (319.50) | (63.39) | 2,455.50 | Check | 12/23/2014 | 185619 |

Printed: June 13, 2017, 11:02AM (PurchRep)

TBS Factoring Service

Purchase Summary Report

January 1, 2014 Thru December 31, 2014

| Client | Batch# | Date Posted | Input Amount | A/R Amount | Escrow Amount | Expense Amount | Recourse Amount | Reserve Amount | Fee Amount | Paid Amount | Paid By | Date Paid | Check#. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 252 | 12/29/2014 | 3,300.00 | 3,300.00 | (264.00) | (4.50) | | (330.00) | (66.00) | 2,635.50 | Check | 12/29/2014 | 187085 |
| | 253 | 12/30/2014 | | | | (3.00) | | 11,848.85 | | 11,945.85 | Check | 12/30/2014 | 187509 |
| | 254 | 12/30/2014 | 2,100.00 | 2,100.00 | (168.00) | (4.50) | | (210.00) | (42.00) | 1,875.50 | Check | 12/30/2014 | 187571 |
| | | | 229,202.25 | 229,202.25 | (15,291.12) | (913.75) | (1,282.00) | 11,353.61 | (5,725.94) | 217,343.25 | | | |

TBS Factoring Service

Purchase Summary Report

January 1, 2015 Thru December 31, 2015

**Client:** Psalms Transportation, LLC (3003)

| Batch Id | Date Posted | Input Amount | A/R Amount | Escrow Amount | Expense Amount | Recourse Amount | Reserve Amount | Fee Amount | Paid Amount | Paid By | Date Paid | Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 255 | 1/9/2015 | 2,400.00 | 2,400.00 | (192.00) | (20.00) | | (240.00) | (48.00) | 1,950.00 | Check | 1/9/2015 | 193661 |
| 256 | 1/28/2015 | | | | (3.00) | | 2,003.00 | | 2,000.00 | Check | 1/28/2015 | 194723 |
| 257 | 2/2/2015 | 1,861.51 | 1,861.51 | | | | | | 1,861.51 | Check | 2/2/2015 | 124230 |
| 258 | 2/3/2015 | 3,800.00 | 3,800.00 | (304.00) | (42.99) | (1,861.51) | (380.00) | (76.00) | 1,135.50 | Check | 2/3/2015 | 196728 |
| 259 | 2/5/2015 | 1,745.00 | 1,745.00 | (139.60) | (4.50) | | (174.50) | (34.90) | 1,391.50 | Check | 2/5/2015 | 197302 |
| 260 | 2/6/2015 | | | | (12.00) | | 662.00 | | 650.00 | Check | 2/6/2015 | 125110 |
| 261 | 2/9/2015 | 2,700.00 | 2,700.00 | (216.00) | (13.50) | | (270.00) | (54.00) | 2,146.50 | Check | 2/9/2015 | 125470 |
| 262 | 2/12/2015 | 2,160.00 | 2,160.00 | (172.80) | (14.50) | | (216.00) | (43.20) | 1,713.50 | Check | 2/12/2015 | 125903 |
| 263 | 2/16/2015 | 2,250.00 | 2,250.00 | (180.00) | (13.50) | | (225.00) | (45.00) | 1,786.50 | Check | 2/16/2015 | 125583 |
| 264 | 2/17/2015 | | | | | | 700.00 | | 700.00 | Check | 2/17/2015 | 126644 |
| 265 | 2/19/2015 | 1,800.00 | 1,800.00 | (144.00) | (12.00) | | (180.00) | (36.00) | 1,428.00 | Check | 2/17/2015 | 127213 |
| 266 | 2/24/2015 | | | | | | 700.00 | | 700.00 | Check | 2/19/2015 | 127538 |
| 267 | 2/25/2015 | 2,150.00 | 2,150.00 | (172.00) | (12.00) | | (215.00) | (43.00) | 1,708.00 | Check | 2/24/2015 | 128776 |
| 268 | 3/2/2015 | 2,000.00 | 2,000.00 | (160.00) | (13.50) | | (200.00) | (40.00) | 1,586.50 | Check | 2/26/2015 | 129473 |
| 269 | 3/4/2015 | | | | (12.00) | | 485.31 | | 473.31 | Check | 3/2/2015 | 129743 |
| 270 | 3/4/2015 | 2,500.00 | 2,500.00 | (200.00) | (12.00) | | (250.00) | (50.00) | 1,988.00 | Check | 3/4/2015 | 129929 |
| 271 | 3/6/2015 | 1,013.01 | 1,013.01 | | | | | | 1,013.01 | Check | 3/4/2015 | 130271 |
| 272 | 3/8/2015 | | | (328.00) | (50.99) | (1,013.01) | (410.00) | (32.00) | 2,216.00 | Check | 3/6/2015 | 130636 |
| 273 | 3/11/2015 | 4,100.00 | 4,100.00 | | (12.00) | | 612.00 | | 600.00 | Check | 3/11/2015 | 131109 |
| 274 | 3/16/2015 | | | | (13.50) | | | (49.00) | 1,625.50 | Check | 3/16/2015 | 131829 |
| 275 | 3/17/2015 | 2,450.00 | 2,450.00 | (196.00) | (13.50) | | (245.00) | (49.00) | 1,946.50 | Check | 3/17/2015 | 132152 |
| 276 | 3/18/2015 | 1,800.00 | 1,800.00 | (144.00) | (12.00) | | (180.00) | (36.00) | 1,426.00 | Check | 3/18/2015 | 209182 |
| 277 | 3/19/2015 | 895.00 | 895.00 | (71.60) | (5.00) | | (89.50) | (17.90) | 711.00 | Check | 3/19/2015 | 132527 |
| 278 | 3/20/2015 | | | | (12.00) | | 613.00 | | 600.00 | Check | 3/20/2015 | 132906 |
| 279 | 3/23/2015 | 2,050.00 | 2,050.00 | (164.00) | (13.50) | | (205.00) | (41.00) | 1,625.50 | Check | 3/23/2015 | 133166 |
| 280 | 3/25/2015 | 2,400.00 | 2,400.00 | (192.00) | (13.50) | | (240.00) | (48.00) | 1,905.50 | Check | 3/25/2015 | 133749 |
| 281 | 3/26/2015 | 2,535.00 | 2,535.00 | (202.80) | (12.00) | | (253.50) | (50.70) | 1,905.50 | Check | 3/26/2015 | 133851 |
| 282 | 3/27/2015 | | | | (29.00) | | 412.00 | | 400.00 | Check | 3/27/2015 | 134328 |
| 283 | 3/27/2015 | | | | (12.00) | | 812.00 | | 800.00 | Check | 3/27/2015 | 134352 |
| 284 | 3/30/2015 | 2,550.00 | 2,550.00 | (204.00) | (19.75) | | (255.00) | (51.00) | 2,020.25 | Check | 3/30/2015 | 134622 |
| 285 | 4/3/2015 | 2,400.00 | 2,400.00 | (192.00) | (14.75) | | (240.00) | (48.00) | 1,905.25 | Check | 4/3/2015 | 134546 |
| 286 | 4/7/2015 | 3,100.00 | 3,100.00 | (248.00) | (17.50) | | (277.25) | (52.00) | 2,495.25 | Check | 4/7/2015 | 216335 |
| 287 | 4/9/2015 | 2,000.00 | 2,000.00 | (160.00) | (4.50) | | (220.00) | (40.00) | 1,575.50 | Check | 4/8/2015 | 217143 |
| 288 | 4/13/2015 | | | | (3.00) | | 1,203.00 | | 1,200.00 | Check | 4/13/2015 | 137165 |
| 289 | 4/16/2015 | | | | | (70.50) | 70.50 | | | Check | 4/16/2015 | 219321 |
| 290 | 4/17/2015 | 2,400.00 | 2,400.00 | (192.00) | (15.75) | | (240.00) | (48.00) | 1,904.25 | ZeroChec | | |
| 291 | 4/21/2015 | 911.51 | 911.51 | | (3.00) | | 503.00 | | 500.00 | Check | 4/17/2015 | 138171 |
| 292 | 4/22/2015 | | | | | | | | 911.51 | Check | 4/21/2015 | 136622 |
| 293 | 4/23/2015 | 1,900.00 | 1,900.00 | (152.00) | (53.99) | (911.51) | (190.00) | (38.00) | 554.50 | Check | 4/22/2015 | 138871 |
| 294 | 4/24/2015 | 2,700.00 | 2,700.00 | (216.00) | (13.50) | | (270.00) | (54.00) | 2,146.50 | Check | 4/23/2015 | 222220 |
| 295 | 4/27/2015 | | | | (6.00) | | 1,503.00 | | 1,500.00 | Check | 4/24/2015 | 222413 |
| 296 | 4/27/2015 | 1,325.00 | 1,325.00 | (106.00) | (6.00) | | (132.50) | (26.50) | 1,054.00 | Check | 4/27/2015 | 222994 |
| 297 | 4/27/2015 | 3,000.00 | 3,000.00 | (240.00) | (4.50) | | (269.95) | (69.00) | 2,425.95 | Check | 4/27/2015 | 222994 |
| 298 | 4/30/2015 | 1,100.00 | 1,100.00 | (88.00) | (3.00) | | (110.00) | (22.00) | 877.00 | Check | 4/30/2015 | 224197 |

T3S Factoring Service

Purchase Summary Report

January 1, 2015 Thru December 31, 2015

Client...

| Batch# | Date Posted | Input Amount | A/R Amount | Escrow Amount | Expense Amount | Nocourse Amount | Reserve Amount | Fee Amount | Paid Amount | Paid By | Date Paid | Check# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 299 | 4/30/2015 | | | | (3.00) | | 803.00 | | 800.00 | Check | 4/30/2015 | 224219 |
| 300 | 5/4/2015 | | | | | (46.50) | 46.50 | | | ZeroChec | 5/4/2015 | 223394 |
| 301 | 5/4/2015 | 2,449.37 | 2,449.37 | (195.95) | (1.50) | | (350.00) | (48.99) | 1,852.93 | Check | 5/4/2015 | 223394 |
| 302 | 5/6/2015 | 350.00 | 350.00 | (28.00) | (12.00) | | 812.00 | (7.00) | 800.00 | Check | 5/8/2015 | 142135 |
| 303 | 5/11/2015 | 3,150.00 | 3,150.00 | (252.00) | (13.50) | | (35.00) | (63.00) | 266.50 | Check | 5/11/2015 | 142437 |
| 304 | 5/11/2015 | 1,661.51 | 1,661.51 | | | (1,661.51) | (315.00) | | 2,520.00 | Check | 5/11/2015 | 227857 |
| 305 | 5/15/2015 | 3,400.00 | 3,400.00 | (272.00) | (51.99) | | (340.00) | (68.00) | 1,661.51 | Check | 5/15/2015 | 143389 |
| 306 | 5/18/2015 | 2,375.00 | 2,375.00 | (190.00) | (12.00) | | 1,000.00 | (47.50) | 1,006.50 | Check | 5/18/2015 | 143534 |
| 307 | 5/20/2015 | 1,100.00 | 1,100.00 | (88.00) | (29.00) | (1,692.00) | (110.00) | (22.00) | 1,433.50 | Check | 5/20/2015 | 144206 |
| 308 | 5/22/2015 | 2,856.87 | 2,856.87 | (228.55) | (24.00) | | (265.09) | (57.14) | 851.00 | Check | 5/22/2015 | 144765 |
| 309 | 5/26/2015 | 861.51 | 861.51 | | | | | | 2,281.49 | Check | 5/26/2015 | 145178 |
| 310 | 5/27/2015 | | | | (12.00) | | | | 861.51 | Check | 5/27/2015 | 145416 |
| 311 | 5/28/2015 | 1,800.00 | 1,800.00 | (144.00) | (51.99) | (861.51) | 262.00 | (36.00) | 250.00 | Check | 5/28/2015 | 145947 |
| 312 | 5/29/2015 | 1,211.51 | 1,211.51 | | | | (180.00) | | 526.50 | Check | 5/29/2015 | 145857 |
| 313 | 6/1/2015 | | | | (12.00) | (1,211.51) | 950.00 | | 1,211.51 | Check | 6/1/2015 | 146174 |
| 314 | 6/2/2015 | 2,500.00 | 2,500.00 | (200.00) | (51.99) | | 49.09 | (50.00) | 938.00 | Check | 6/2/2015 | 145429 |
| 315 | 6/2/2015 | 1,360.00 | 1,360.00 | (108.80) | (14.25) | | (250.00) | (27.20) | 49.09 | Check | 6/2/2015 | 234562 |
| 316 | 6/3/2015 | 500.00 | 500.00 | (40.00) | (3.05) | | (136.00) | (10.00) | 736.50 | Check | 6/3/2015 | 145766 |
| 317 | 6/5/2015 | 1,300.00 | 1,300.00 | (104.00) | (13.50) | | (50.00) | (26.00) | 1,073.75 | Check | 6/5/2015 | 147313 |
| 318 | 6/8/2015 | 600.00 | 600.00 | (48.00) | (4.50) | | (130.00) | (12.00) | 397.00 | Check | 6/8/2015 | 236511 |
| 319 | 6/10/2015 | | | | (12.00) | | (60.00) | | 1,026.50 | Check | 6/10/2015 | 146081 |
| 320 | 6/11/2015 | 1,161.51 | 1,161.51 | | | | 962.00 | | 475.50 | Check | 6/11/2015 | 237344 |
| 321 | 6/12/2015 | 2,400.00 | 2,400.00 | (192.00) | (30.89) | | (240.00) | (48.00) | 850.00 | Check | 6/12/2015 | 146578 |
| 322 | 6/15/2015 | 1,400.00 | 1,400.00 | (112.00) | (13.50) | | (140.00) | (28.00) | 1,161.51 | Check | 6/15/2015 | 042059 |
| 323 | 6/16/2015 | 2,500.00 | 2,500.00 | (200.00) | (4.75) | | (250.00) | (50.00) | 753.13 | Check | 6/16/2015 | 239437 |
| 324 | 6/19/2015 | | | | | (1,135.88) | 1,000.00 | | 1,106.50 | Check | 6/19/2015 | 150237 |
| 325 | 6/22/2015 | | | | | | | | 1,995.25 | Check | 6/22/2015 | 241231 |
| 326 | 6/22/2015 | | | | | | | | 1,000.00 | Check | 6/24/2015 | 150951 |
| 327 | 6/24/2015 | 1,800.00 | 1,800.00 | (144.00) | (15.25) | | (160.48) | (36.00) | 1,644.27 | Check | 6/24/2015 | 151065 |
| 328 | 6/24/2015 | 1,400.00 | 1,400.00 | (112.00) | (4.50) | | (140.00) | (28.00) | 1,115.50 | Check | 6/25/2015 | 242377 |
| 329 | 6/25/2015 | 765.00 | 765.00 | (61.20) | (3.00) | | (76.50) | (15.30) | 609.00 | Check | 6/29/2015 | 243679 |
| 330 | 6/29/2015 | | | | | | 387.71 | | 387.71 | Check | 7/1/2015 | 244569 |
| 331 | 7/1/2015 | | | | | (20.37) | | | 1,306.00 | Check | 7/2/2015 | 152792 |
| 332 | 7/2/2015 | 1,650.00 | 1,650.00 | (132.00) | (12.00) | | (166.00) | (33.00) | 296.63 | Check | 7/8/2015 | 246652 |
| 333 | 7/8/2015 | 400.00 | 400.00 | (32.00) | (3.00) | | (40.00) | (8.00) | 1,472.76 | Check | 7/10/2015 | 154306 |
| 334 | 7/10/2015 | 1,472.76 | 1,472.76 | | | (1,472.76) | | | | ZeroChec | 7/15/2015 | 251235 |
| 335 | 7/15/2015 | 3,160.00 | 3,160.00 | (3,150.00) | | | (2,844.00) | (63.20) | 937.75 | Check | 7/22/2015 | 156832 |
| 336 | 7/22/2015 | | | 2,907.20 | | | | | 592.70 | Check | 7/31/2015 | 159808 |
| 337 | 7/22/2015 | | | | (38.49) | | 2,449.00 | | 1,096.73 | Check | 8/3/2015 | 159103 |
| 338 | 7/31/2015 | 765.00 | 765.00 | (61.20) | (12.00) | | (76.50) | (15.30) | 960.76 | Check | 8/6/2015 | 156817 |
| 340 | 8/3/2015 | | | | | (7.30) | 2,745.55 | | 1,197.79 | Check | 8/6/2015 | 256728 |
| 341 | 8/6/2015 | 960.76 | 960.76 | | | (960.76) | | | 594.25 | Check | 8/7/2015 | 257277 |
| 342 | 8/6/2015 | 1,507.55 | 1,507.55 | (120.60) | (8.25) | | (150.76) | (30.15) | 1,213.01 | Check | 8/17/2015 | 162171 |
| 343 | 8/7/2015 | 2,000.00 | 2,000.00 | (160.00) | (44.99) | (1,036.82) | (200.00) | (40.00) | | | | |
| 344 | 8/17/2015 | 1,213.01 | 1,213.01 | | | | | | | | | |

Printed: June 6, 2017  1:43PM (PurchRep)

**TBS Factoring Service**

## Purchase Summary Repo...
### January 1, 2015 Thru December 31, 2015

Client...

| Batch | Date Posted | Input Amount | A/R Amount | Escrow Amount | Expense Amount | Recourse Amount | Reserve Amount | Fee Amount | Paid Amount | Paid By | Date Paid | Check... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 345 | 8/19/2015 | 2,500.00 | 2,500.00 | (200.00) | (33.99) | (1,277.04) | (250.06) | (50.00) | 882.97 | Check | 8/19/2015 | 261049 |
| 346 | 8/24/2015 | 1,700.00 | 1,700.00 | (136.00) | (13.50) | (169.17) | | (34.00) | 1,347.33 | Check | 8/24/2015 | 163824 |
| 347 | 8/31/2015 | | | | (5.00) | | 500.76 | | 595.76 | Check | 8/31/2015 | 19992 |
| 348 | 9/2/2015 | | | | | | 470.83 | | 470.83 | Check | 9/2/2015 | 165822 |
| 349 | 9/14/2015 | 2,001.00 | 2,001.00 | (160.08) | (7.00) | | | (40.02) | 1,793.93 | Check | 9/8/2015 | 165822 |
| 350 | 9/18/2015 | 780.00 | 780.00 | (62.40) | | | (78.00) | (15.69) | 624.00 | Check | 9/14/2015 | 368027 |
| 351 | 9/24/2015 | 600.00 | 600.00 | (48.00) | | | (60.00) | (12.00) | 480.00 | Check | 9/18/2015 | 269751 |
| 352 | 9/29/2015 | 3,000.00 | 3,000.00 | (240.06) | (4.50) | | (300.00) | (60.00) | 2,395.50 | Check | 9/24/2015 | 21510 |
| 353 | 10/5/2015 | 1,900.00 | 1,900.00 | (152.00) | (3.00) | | (190.00) | (38.00) | 1,517.00 | Check | 9/29/2015 | 273884 |
| 354 | 10/6/2015 | 1,550.00 | 1,550.00 | (124.00) | (3.00) | | (155.00) | (31.00) | 1,237.00 | Check | 9/29/2015 | 275249 |
| 355 | 10/7/2015 | | | | | | 821.55 | | 821.55 | Check | 10/5/2015 | 277357 |
| 356 | 10/14/2015 | 725.00 | 725.00 | (58.00) | (4.75) | | (72.50) | (14.50) | 575.25 | Check | 10/6/2015 | 277886 |
| 357 | 10/20/2015 | 3,861.00 | 3,861.00 | (308.88) | (29.00) | | (386.10) | (77.22) | 3,059.60 | Check | 10/7/2015 | 278217 |
| 358 | 10/27/2015 | 1,400.00 | 1,400.00 | (112.00) | (4.50) | | (140.00) | (28.00) | 1,115.50 | Check | 10/14/2015 | 174888 |
| 359 | 10/30/2015 | 1,900.00 | 1,900.00 | (152.00) | (5.03) | | (190.00) | (38.00) | 1,515.00 | Check | 10/20/2015 | 282590 |
| 360 | 11/10/2015 | 3,200.00 | 3,200.00 | (256.00) | (13.50) | | (320.00) | (64.00) | 2,546.50 | Check | 10/20/2015 | 283036 |
| 361 | 11/11/2015 | 1,700.00 | 1,700.00 | (136.00) | (3.00) | | (170.06) | (34.00) | 1,357.00 | Check | 10/27/2015 | 177348 |
| 362 | | | | | (12.00) | | 2,000.00 | | 1,988.00 | Check | 10/30/2015 | 265732 |
| 363 | 11/18/2015 | 950.00 | 950.00 | (76.00) | (4.50) | | (95.00) | (19.00) | 755.50 | Check | 11/10/2015 | 163282 |
| 364 | 11/20/2015 | 1,900.00 | 1,900.00 | (152.00) | (13.50) | | (190.00) | (38.00) | 1,506.50 | Check | 11/12/2015 | 390812 |
| 365 | 12/4/2015 | 1,700.00 | 1,700.00 | (136.00) | (3.00) | | (170.09) | (34.00) | 1,357.00 | Check | 11/16/2015 | 181481 |
| 366 | | | | | | (18.80) | 18.93 | | 18.93 | ZeroChec | 11/20/2015 | 294080 |
| 367 | 12/8/2015 | | | | (12.00) | | 1,188.25 | | 1,176.25 | Check | 12/4/2015 | 155653 |
| 368 | 12/21/2015 | 932.50 | 932.50 | (74.50) | (14.00) | | (95.00) | (18.65) | 730.25 | Check | 12/8/2015 | 185507 |
| 369 | 12/23/2015 | 900.00 | 900.00 | (72.00) | (13.50) | | (90.00) | (18.00) | 706.50 | Check | 12/12/2015 | 189186 |
| 370 | 12/28/2015 | 2,000.00 | 2,000.00 | (160.00) | (12.00) | | (179.70) | (40.00) | 1,608.30 | Check | 12/28/2015 | 199805 |
| 371 | 12/31/2015 | 2,700.00 | 2,700.00 | (216.00) | (13.50) | | | (54.03) | 2,416.50 | Check | 12/31/2015 | 190256 |
| | | 155,926.89 | 155,928.89 | (11,487.86) | (1,291.90) | (15,428.46) | 11,310.82 | (2,871.97) | 136,157.52 | | | |

Printed: June 6, 2017, 1:43PM (PurchRep)

TBS Factoring Service

**Purchase Summary Report**
January 1, 2016 Thru December 31, 2016

Client: Psalms Transportation, LLC (3093)

| Batch# | Date Posted | Input Amount | A/R Amount | Escrow Amount | Expense Amount | Recourse Amount | Reserve Amount | Fee Amount | Paid Amount | Paid By | Date Paid | Check# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 372 | 1/4/2016 | 4,350.00 | 4,350.00 | (348.00) | (5.00) | | (150.00) | (87.00) | 3,910.00 | Check | 1/4/2016 | 307564 |
| 373 | 1/7/2016 | 1,500.00 | 1,500.00 | (120.00) | (13.75) | | | (30.00) | 1,166.25 | Check | 1/7/2016 | 191162 |
| 374 | 1/7/2016 | 750.00 | 750.00 | (60.00) | (5.00) | | (66.90) | (15.00) | 602.10 | Check | 1/7/2016 | 308770 |
| 375 | 1/11/2016 | 1,700.00 | 1,700.00 | (135.00) | (3.00) | | (170.00) | (34.00) | 1,357.00 | Check | 1/11/2016 | 309756 |
| 376 | 1/15/2016 | | | (136.00) | (12.00) | | (1,500.00) | | 1,488.00 | Check | 1/15/2016 | 192799 |
| 377 | 1/15/2016 | 811.51 | 811.51 | | | (811.51) | | | 811.51 | Check | 1/15/2016 | 192950 |
| 378 | 1/18/2016 | 1,700.00 | 1,700.00 | (136.00) | (43.99) | | (170.00) | (34.00) | 504.50 | Check | 1/19/2016 | 312094 |
| 379 | 1/20/2016 | 1,000.00 | 1,000.00 | (80.00) | (14.50) | | (100.00) | (20.09) | 785.50 | Check | 1/20/2016 | 193663 |
| 380 | 1/21/2016 | 890.00 | 890.00 | (71.20) | (14.25) | | (68.68) | (17.80) | 708.07 | Check | 1/20/2016 | 193902 |
| 381 | 1/28/2016 | 650.00 | 650.00 | (52.03) | (7.75) | | (65.00) | (13.00) | 512.25 | Check | 1/21/2016 | 319306 |
| 382 | 2/2/2016 | 906.25 | 906.25 | (72.50) | (17.25) | | 90.63 | (18.13) | 707.74 | Check | 1/29/2016 | 316936 |
| 383 | 2/5/2016 | 1,411.51 | 1,411.51 | | | | 1,411.51 | | 1,411.51 | Check | 2/2/2016 | 198281 |
| 384 | 2/5/2016 | | | | | | 1,411.51 | | 1,411.51 | Check | 2/5/2016 | 197012 |
| 385 | 2/8/2016 | 3,000.00 | 3,000.00 | (240.00) | (38.49) | (1,411.51) | (722.04) | (60.00) | 527.96 | Check | 2/5/2016 | 048680 |
| 386 | 3/4/2016 | 1,758.00 | 1,758.00 | (140.64) | (2.00) | (45.93) | 1,156.60 | | 1,110.67 | Check | 2/8/2016 | 319162 |
| 387 | 3/15/2016 | 773.51 | 773.51 | | | (773.51) | (175.80) | (35.15) | 1,404.40 | Check | 3/4/2016 | 202360 |
| 388 | 3/16/2016 | | | | | | 175.80 | | 773.51 | Check | 3/15/2016 | 204752 |
| 389 | 3/17/2016 | 1,500.00 | 1,500.00 | (128.00) | (28.49) | | | (32.00) | 175.80 | Check | 3/16/2016 | 205109 |
| 390 | 3/17/2016 | 823.51 | 823.51 | | | | | | 640.00 | Check | 3/17/2016 | 34644 |
| 391 | 3/22/2016 | 1,167.50 | 1,167.50 | (93.40) | (1.75) | | (105.00) | (23.35) | 823.51 | Check | 3/17/2016 | 333720 |
| 392 | 3/22/2016 | 1,698.25 | 1,698.25 | (135.86) | (29.49) | (823.51) | (170.00) | (33.97) | 944.00 | Check | 3/22/2016 | 206430 |
| 393 | 3/24/2016 | 1,112.00 | 1,112.00 | (88.96) | (4.00) | | (209.60) | (22.24) | 505.42 | Check | 3/22/2016 | 206542 |
| 394 | 3/29/2016 | 1,136.51 | 1,136.51 | | | (1,138.51) | | | 787.00 | Check | 3/24/2016 | 206856 |
| 395 | 4/1/2016 | 2,348.25 | 2,348.25 | (187.86) | (51.99) | | (235.00) | (46.97) | 1,136.51 | Check | 3/29/2016 | 208158 |
| 396 | 4/4/2016 | 1,231.25 | 1,231.25 | (98.50) | (13.50) | | (125.00) | (24.63) | 589.92 | Check | 4/1/2016 | 208552 |
| 397 | 4/7/2016 | 1,416.25 | 1,416.25 | (113.30) | (15.25) | | (141.63) | (28.33) | 969.62 | Check | 4/4/2016 | 209556 |
| 398 | 4/12/2016 | 811.51 | 811.51 | | | (811.51) | | | 1,117.74 | Check | 4/7/2016 | 210373 |
| 399 | 4/14/2016 | | | | (3.30) | | 1,100.00 | | 811.51 | Check | 4/12/2016 | 211408 |
| 400 | 4/14/2016 | 811.26 | 811.26 | | | | | | 1,097.00 | Check | 4/14/2016 | 211743 |
| 401 | 4/19/2016 | 1,700.00 | 1,700.00 | (195.00) | (69.49) | | (170.00) | (34.00) | 811.26 | Check | 4/14/2016 | 343366 |
| 402 | 4/19/2016 | 1,713.01 | 1,713.01 | | | (811.51) | | | 481.26 | Check | 4/19/2016 | 212754 |
| 403 | 4/22/2016 | 1,700.00 | 1,700.00 | (136.00) | (44.49) | | | (34.00) | 479.00 | Check | 4/19/2016 | 212766 |
| 404 | 4/22/2016 | 3,500.00 | 3,500.00 | (280.00) | (46.99) | (811.26) | | (70.00) | 1,713.01 | Check | 4/22/2016 | 213842 |
| 405 | 4/27/2016 | | | | | | | | 674.25 | Check | 4/22/2016 | 347196 |
| 406 | 5/20/2016 | | | | | | | | 3,103.01 | Check | 4/27/2016 | 348759 |
| 407 | 6/1/2016 | | | | | (103.34) | 103.04 | | | ZeroChec | 5/20/2016 | |
| 408 | 6/9/2016 | | | | | (1,254.15) | 1,254.15 | | | ZeroChec | 6/1/2016 | |
| 409 | 8/4/2016 | 1,512.00 | 1,512.00 | (1,512.00) | | | | | | ZeroChec | 6/9/2016 | |
| 410 | 8/4/2016 | 1,700.00 | 1,700.00 | (1,700.00) | | | | | | ZeroChec | 8/4/2016 | |
| 411 | 8/5/2016 | 1,211.51 | 1,211.51 | | | (1,211.51) | (250.00) | (50.00) | 1,211.51 | Check | 8/4/2016 | 238394 |
| 412 | 8/22/2016 | 2,500.00 | 2,500.00 | (200.00) | (73.49) | | (120.00) | (24.00) | 715.00 | Check | 8/5/2016 | 238991 |
| 413 | 8/23/2016 | 1,200.00 | 1,200.00 | (96.00) | (6.50) | (458.86) | | (12.00) | 494.64 | Check | 8/22/2016 | 49770 |
| 414 | 8/26/2016 | 600.00 | 650.00 | (48.00) | (6.50) | (267.50) | | (12.50) | 268.00 | Check | 8/22/2016 | 49913 |
| 415 | | 625.00 | 625.00 | (50.05) | (5.00) | | | | 557.50 | Check | 8/23/2016 | 50186 |

Printed: June 6, 2017, 1:44PM (PurchRep)

TBS Factoring Service

Purchase Summary Report
January 1, 2016 Thru December 31, 2016

| Client | Batch | Date Posted | Input Amount | A/R Amount | Escrow Amount | Expense Amount | Recourse Amount | Reserve Amount | Fee Amount | Paid Amount | Paid By | Date Paid | Check# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 419 | 9/26/2016 | | | | | (370.00) | 370.00 | | | ZeroChec | 8/26/2016 | |
| | 420 | 8/29/2016 | 1,475.00 | 1,475.00 | (118.00) | (13.75) | (200.00) | | (29.50) | 1,113.75 | Check | 8/29/2016 | 244827 |
| | 421 | 9/2/2016 | 500.00 | 500.00 | (40.00) | (13.50) | | | (10.00) | 436.50 | Check | 9/2/2016 | 248367 |
| | 422 | 9/9/2016 | 1,251.00 | 1,251.00 | (100.08) | (22.00) | (200.00) | | (25.02) | 903.90 | Check | 9/9/2016 | 51527 |
| | 423 | 9/13/2016 | 1,625.00 | 1,625.00 | (130.00) | (5.00) | (200.00) | | (32.50) | 1,257.50 | Check | 9/13/2016 | 51900 |
| | 424 | 9/23/2016 | 2,025.00 | 2,025.00 | (162.00) | (22.00) | (258.00) | | (40.50) | 1,542.50 | Check | 9/23/2016 | 52999 |
| | 425 | 9/28/2016 | 2,250.00 | 2,250.00 | (180.00) | (20.00) | (93.93) | | (45.00) | 1,911.07 | Check | 9/26/2016 | 414216 |
| | 426 | 10/3/2016 | | | | | (454.15) | 454.15 | | | ZeroChec | 10/3/2016 | |
| | 427 | 10/5/2016 | 2,400.00 | 2,400.00 | (192.00) | (3.00) | (132.45) | | (48.00) | 2,024.55 | Check | 10/5/2016 | 417255 |
| | 430 | 10/12/2016 | 2,700.00 | 2,700.00 | (216.00) | (3.00) | (382.80) | | (54.00) | 2,044.20 | Check | 10/12/2016 | 418941 |
| | 431 | 10/19/2016 | 6,300.00 | 6,300.00 | (504.00) | (3.00) | | | (126.00) | 5,667.00 | Check | 10/19/2016 | 422392 |
| | 432 | 10/27/2016 | 4,500.00 | 4,500.00 | (360.00) | (3.00) | | | (90.00) | 4,047.00 | Check | 10/27/2016 | 428881 |
| | 433 | 11/9/2016 | 2,210.00 | 2,210.00 | (176.80) | (18.75) | | | (44.20) | 1,966.00 | Check | 11/9/2016 | 432457 |
| | 434 | 11/11/2016 | 2,100.00 | 2,100.00 | (168.00) | (1.50) | (1,044.34) | | (42.00) | 826.91 | Check | 11/11/2016 | 263654 |
| | 435 | 11/14/2016 | 1,600.00 | 1,600.00 | (128.00) | (13.50) | (1,922.25) | 483.76 | (32.00) | | ZeroChec | 11/14/2016 | |
| | 436 | 11/15/2016 | 1,000.00 | 1,000.00 | (80.00) | | (290.93) | | (20.00) | 595.57 | Check | 11/15/2016 | 265985 |
| | 437 | 11/22/2016 | 1,700.00 | 1,700.00 | (136.00) | | | | (34.00) | 1,530.00 | Check | 11/22/2016 | 266146 |
| | 438 | 11/22/2016 | 1,400.00 | 1,400.00 | (112.00) | (6.25) | | | (28.00) | 1,253.75 | Check | 11/22/2016 | 265737 |
| | 439 | 11/23/2016 | 1,926.00 | 1,925.00 | (154.08) | (5.01) | | | (38.52) | 1,728.39 | Check | 11/23/2016 | 444342 |
| | 440 | 12/9/2016 | 750.00 | 750.00 | (60.00) | (0.02) | | (75.00) | (15.00) | 599.98 | Check | 12/9/2016 | 270687 |
| | 441 | 12/9/2016 | 2,400.00 | 2,400.00 | (192.00) | | | | (48.00) | 2,160.00 | Check | 12/15/2016 | 61393 |
| | 442 | 12/15/2016 | 2,171.25 | 2,171.25 | (173.70) | | | | (43.43) | 1,934.12 | Check | 12/9/2016 | 273071 |
| | 443 | 12/19/2016 | 1,194.00 | 1,194.00 | (95.52) | (0.01) | | | (23.88) | 1,074.59 | Check | 12/19/2016 | 451070 |
| | 444 | 12/22/2016 | 1,750.00 | 1,750.00 | (140.00) | (17.01) | | | (35.00) | 1,557.99 | Check | 12/19/2016 | 274952 |
| | 445 | 12/27/2016 | 1,600.00 | 1,600.00 | (128.00) | (0.01) | | | (32.00) | 1,439.90 | Check | 12/22/2016 | 275807 |
| | 446 | 12/30/2016 | 1,715.00 | 1,715.00 | (137.20) | (17.01) | | | (34.30) | 1,526.49 | Check | 12/30/2016 | |
| | | | 101,860.84 | 101,880.84 | (10,343.69) | (766.23) | (15,469.17) | 4,518.53 | (1,782.93) | 78,117.44 | | | |