UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EMMANUEL W. GACHAU, | No. 1:17-cv-6595 (NLH/JS) |
| Plaintiff, | **ORDER** |
| v. | |
| RLS COLD STORAGE and CHOPTANK TRANSPORT, | |
| Defendants. | |

**HILLMAN**, District Judge

For the reasons expressed in the Court's Opinion filed today,

IT IS on this ___24th___ day of _____April_____, 2018

**ORDERED** that Defendants' Motions to Dismiss [4, 6] are hereby **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff may move to reopen his case within twenty days from the date of this Order, attaching to any such motion a proposed amended complaint which addresses the deficiencies of the Complaint as described in the Court's Opinion filed today; and it is further

**ORDERED** that the Clerk of the Court shall mark this case **CLOSED.**

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |